# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>Matthew David Keirans,<br>also known as "William Donald Woods"<br>*Defendant* | )<br>)<br>) Case No. 23-CR-1020<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Matthew David Keirans, a/k/a "William Donald Woods",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

False Statements to a National Credit Union Administration Insured Institution in violation of Title 18, United States Code, Section 1014.
Aggravated Identity Theft in violation of Title 18, United States Code, Section 1028A.

Date: 08/29/2023

*Issuing officer's signature*

City and state: Cedar Rapids, Iowa — MARK A. ROBERTS, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/29/2023, and the person was arrested on *(date)* 12/5/2023
at *(city and state)* WAVERLY, IOWA.

Date: 12/5/2023

*Arresting officer's signature*

DANIEL PECZUH / SPECIAL AGENT
*Printed name and title*

3