To whom it may concern,

I am M▇▇▇ W▇▇, son of Matthew Keirans, formerly known as William Woods—in either case, known to me as Dad. I am writing this letter to inform the reader as to his relationship with me: he has raised me, parented me, and supported me for as long as I can remember. He gave me my first computer, my interest in STEM, science fiction, and fantasy; he paid for the car I drive and my tuition. For as long as I've been alive, he has worked hard to provide for my mom and me.  We have lived together in Wisconsin for approximately fifteen years, and I hope you find it reasonable for him to return to live with us again.

Sincerely,

M▇▇▇ W▇▇ 

DEFENDANT'S EXHIBIT A
23-CR-1020