To Whom it may Concern

Reason - William (Bill) Woods

I am writing to you on the behalf of Bill Woods. I have nearly known Bill for nearly 30 years. In that time I have not had any trouble or conflict with him. Bill has always been family first. He has kept a good job and provided very well for his family. Bill has been his wife - my sister very good to her. As a family unit they have provided well for there son. They together have sent their son through college. My personal feeling that Bill is not a flight risk to anybody. Because of his strong feeling for his family and willing to make everything right I believe that you can trust Bill not to be a flight risk. I wish you well to make the best decission on this case of William (Bill) Woods

Thank you for your time. Phone

David M Zimmer

Spring Valley WI

DEFENDANT'S EXHIBIT
B
23-CR-1020