To Whom It May Concern:

I met Nancy at Village Manor Apartment Playground in 2015. Easy to reference because her son M▇▇ and my son M▇▇ A▇▇ B▇▇ were 5 at the time.

Her husband Matthew was consistently working a 9-5 Monday - Friday. I made this my business to know because I was a conservative mother of four small children. Knowing the parents of my children's friends was imperative for my children's safety and my peace of mind.

As time progressed Nancy and I became friends and she became one of the few people that I trusted to care for my children in my absence.

On occasions I would care for M▇▇ to cover the gap between Nancy and Matthew's schedule and Natthew and Nancy always picked M▇▇ up on time.

In my time visiting Nancy I could consistently count on Mathew either being in the kitchen eating a snack or sitting at his computer in the living room( definitely a creature of habit).

Matthew's consistency and dependability allowed Nancy to be actively involved with the nurture and care of her son, finish her PhD at Southern Baptist Seminary, be available to assist her aging mother in another state, volunteer at her church and her Son's school,as well as philanthropic work in her community.

I firmly believe that Matthew David Keiran is a hard working citizen committed to serving and providing for his family. In my years of knowing him I have witnessed consistency and dependability. I believe Matthew David Keiran to be trustworthy and able to hold to the parameters allotted to him as he awaits the completion of his future time in court. I believe Matthew and his family are an asset to any community they live in. Thank you for your time and consideration in this matter as I am a recipient of the graciousness and the kindness of Matthew and his family.

                                                Felicia Brogdon White

▇▇▇@gmail.com

