11/26/2023

To Whom it May Concern:

I, Nancy Zimmer, enter the following as a statement in the matter concerning Matthew David Keirans. I agree to act as his third-party custodian.

Over thirty years ago, I met Matthew David Keirans (*alias* William D. Woods) and married about six months later. I, a recent college graduate, and Matthew, a street-smart young man hoping to turn his life around, found each other. We had all the possessions of youth, armed naively with a traditional wedding vow oath and all the resources of hope. Despite our humble and challenging beginnings, Matt has been my husband and chief support for our family ever since. In March 2024, we will reach a milestone anniversary of thirty years. Over each successive year, we have, like in the formation of a pearl upon the irritation of a grain of sand, built up layers of understanding, beauty, and strength.

While Matt and I met in Salem, Oregon, like many young couples without children, we moved frequently, pursuing educational and job opportunities, with the hope of improving our circumstances. With the assistance of knowledgeable friends, Matthew was able to develop and to capitalize upon his computer skills, growing from part-time, non-salaried, blue-collar jobs to full-time, salaried, technical positions in the developing field of computer science. Much of what Matt demonstrated throughout was a fierce determination to learn and excel in this industry that captivated his mind. He spent many nights teaching himself the skills he needed, in addition to taking advantage of short-term courses and on-the-job educational opportunities in his field of computer administration while employed.

With the birth of our son, M▇▇▇▇, Matt bore his responsibility as a father, wanting to provide the best home life that he could for his family. He not only improved his own education, but he was also my helpmate through my graduate school education: Master of Divinity, Master of Theology (Western Seminary, Portland, Oregon) and Ph.D. in Theology (The Southern Baptist Theological Seminary, Louisville, Kentucky). Matt has paid for our son's college tuition. He purchased vehicles, developed credit, paid his taxes, eagerly pursued the next, better employment opportunity, and given charitably to friends-in-need. To do so, he worked short-term and long-term contract positions until he gained full-time, regular employment in Wisconsin, my native-born state. Matt established our home in Wisconsin over fifteen years ago, and after our son's elementary school was finished for the academic year, we joined him at the townhouse apartment he rented, and we have resided in since our move from Kentucky.

After about five years' employment with Kohl's Corporation Corporate Headquarters (Menomonee Falls, WI), Matt took employment with The University of Iowa Hospitals & Clinics (U of I) for ten years. Initially, he sacrificed time with his family, working in Iowa during the week and enduring the four-hour drive to Wisconsin *every* Friday only to drive back to Iowa on Sunday morning, until he was permitted to work from home before, during, and after the COVID shutdown. While employed at the U of I, Matt received the highest personnel reviews and recognition for his work in developing the Linux-based computer systems. Because of his expertise and diligence, the hospital was able to pass certifications and gain grants, which not only benefited the hospital, but every hospital in Iowa which accessed the system Matt developed. In short, Matt, a high school dropout, has grown from volunteer help at a start-up ISP to his position of Linux Architect at The University of Iowa Hospitals & Clinics. I believe Matt's motivation was simple: to create the family and home he did not have in his youth.

DEFENDANT'S EXHIBIT D 23-CR-1020

Since incarceration, Matt calls consistently, at least daily, to keep in touch with his family and for emotional support. He writes daily and mails his letters once or twice weekly simply to conserve our financial resources. He signs his letters nearly the same way every time, "I love and miss you. Tell M▮▮▮▮ that I love him." Matt knows that we are financially limited with one income, and yet, he still tries to uphold us by being fiscally conservative with his commissary expenses. He instructed his previous attorney to forward his final paycheck to our address for deposit into my bank account. He has given me Wisconsin Statutory financial power of attorney so that I may act in his behalf, if necessary.

In turn, I write Matt daily and send letters nearly daily, having accumulated over 160 pages and over 95,000 words since July 2023. While our income is limited, I believe it is important for Matt's successful rejoining of broader society to stay connected with his family and to have both a positive and realistic vision of his future. I have attempted through references to Viktor Frankl's *Man's Search for Meaning* to provide him with a perspective on his incarceration and to process the grief and fear of abandonment he has felt.

In addition to our mutual letters, Matt initiated a request for books, which I have sent to him, to help him cope emotionally and to develop a philosophy for living. It is not "mere puffery" that he has determined to use his time to become a better person. Since August 2023, during his incarceration at Bremer County Jail, Matt has read over 10,000 pages, spread across sixteen books. Initially, he read military history, narratives of great historical leaders, science fiction and fantasy novels, but Matt has also requested books on philosophy (*A New History of Western Philosophy*), on learning to adapt to life in jail (*The Five Stages of Incarceration*) and asked for my reading suggestions on becoming a virtuous person (Marcus Aurelius' *Meditations*). He has requested titles to help him psychologically manage incarceration and integrate his feelings in a healthy manner (the works of Epictetus, Seneca's *Letters,* and Boethius' *Consolation of Philosophy*). Upon release, with the aid of me, our son, and the legal identification documentation in our possession provided by the assistance of Officer Ian D. Mallory, Matt hopes to attain short-term employment in Wisconsin, until he must return to complete his legal obligation.

In conclusion, I thank all those who have taken up my role as Matt's wife—the nurses, doctors, counselors and cooks—and all those in the judicial system who have so faithfully exercised their duties—officers, clerks, attorneys, and judges—to resolve this matter so that Matt may restart his civil life by lawful means and so that we may resume our happily ever after.

Nancy T. Zimmer
▮▮▮▮▮▮
Hartland, WI ▮▮▮▮
Phone: ▮▮▮▮
Email: ▮▮▮▮@gmail.com