


DEFENDANT'S EXHIBIT
F
23-CR-1020