IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 23-CR-1020 |
| | ) | |
| | ) | **INDICTMENT** |
| vs. | ) | |
| | ) | Counts 1-5 |
| MATTHEW DAVID KEIRANS, also known as | ) | 18 U.S.C. § 1014: |
| | ) | False Statement to a National |
| and | ) | Credit Union Administration |
| | ) | Insured Institution |
| | ) | |
| Defendant. | ) | Counts 6-7 |
| | ) | 18 U.S.C. § 1028A(a)(1): |
| | ) | Aggravated Identity Theft |

The Grand Jury charges:

## Counts 1-5
## False Statement to
## a National Credit Union Administration Insured Institution

On or about the following dates, in the Northern District of Iowa and elsewhere, the defendant, MATTTHEW DAVID KEIRANS, knowingly made a false statement, specifically, that his name was                  or                  for the purpose of influencing the action of a credit union that was insured by the National Credit Union Administration in connection with applications for the loans identified below:

| Count | Approximate Date | Credit Union | Name Provided on Loan Application | Last Four Digits of Loan Number | Loan Amount |
|---|---|---|---|---|---|
| 1 | August 19, 2016 | CU-1 | | 6122 | $25,400 |

1

| 2 | July 3, 2018 | CU-1 | | 4948 | $32,404 |
| 3 | July 18, 2018 | CU-1 | | 5639 | $27,029.87 |
| 4 | October 23, 2019 | CU-1 | | 5688 | $15,771.77 |
| 5 | May 23, 2022 | CU-1 | | 8848 | $27,182.24 |

This was in violation of Title 18, United States Code, Section 1014.

## Counts 6-7
## Aggravated Identity Theft

On or about the following dates, in the Northern District of Iowa and elsewhere, the defendant, MATTHEW DAVID KEIRANS, did knowingly use without lawful authority in order to deceive and defraud, a means of identification of another person, specifically, the social security number ("SSN") and date of birth ("DOB") of                           , during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, False Statement to a National Credit Union Administration Insured Institution as alleged in Counts 1 through 5 above, knowing that the means of identification belonged to another actual person.

| Count | Approximate Date | Means of Identification Used | Last Four Digits of Loan Number |
|---|---|---|---|
| 6 | October 23, 2019 | SSN, DOB | 5688 |
| 7 | May 23, 2022 | SSN, DOB | 8848 |

This was in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

/s/Foreperson        12-12-2023
Foreperson            Date

TIMOTHY T. DUAX
United States Attorney

By: *Timothy L. Vavricek*

TIMOTHY L. VAVRICEK
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 12/12/2023
PAUL DE YOUNG, CLERK

3

Case 2:23-cr-01020-CJW-MAR   Document 14   Filed 12/12/23   Page 3 of 3