# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>vs.<br><br>MATTHEW DAVID KEIRANS,<br>     Defendant. | No. 2:23-cr-1020-CJW-MAR<br><br>**ORDER SCHEDULING<br>ARRAIGNMENT** |

An arraignment for the above defendant will take place before the undersigned on Wednesday, December 13, 2023 at 10:00 a.m.; United States Courthouse, Courtroom 4, 111 7th Avenue SE, Cedar Rapids, Iowa, unless a defendant submits to the Clerk of Court a written waiver of arraignment by emailing the waiver to ECFmail@iand.uscourts.gov (attached).

**IT IS SO ORDERED** this 12th day of December 2023.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa