# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. MATTHEW DAVID KEIRANS, Defendant(s) | **HEARING MINUTES** Sealed: No <br> Case No.: 2:23-cr-1020-MAR-1 <br> Presiding Judge: Mark A. Roberts <br> Deputy Clerk: Rachel J. Scott <br> Official Court Record: FTR Gold <br> Contact Information: -- |

| Date: | 12/13/2023 | Start: | 10:01 AM | Adjourn: | 10:04 AM | Courtroom: | 4, 4th Floor |
|---|---|---|---|---|---|---|---|
| **Appearances:** | Plaintiff(s) | AUSA Timothy Vavricek | | | | | |
| | Defendant(s) | AFPD Christopher J. Nathan (Defendant appears personally) | | | | | |
| | U.S. Probation: | Amy Moser | | | | | |

| TYPE OF PROCEEDING: | INITIAL APPEARANCE: | AND/OR | ARRAIGNMENT: | X | |
|---|---|---|---|---|---|
| | | Contested? | No | Continued from a previous date? | No |

| | |
|---|---|
| Date of indictment: | 12/12/2023 |
| Was defendant *Mirandized*? | Yes |
| Defendant pleaded | Not guilty to counts 1-7 of the indictment |
| Counsel: Retained X | Appointed (FPD or CJA Panel): AFPD Christopher J. Nathan |
| Stipulation to discovery plan? Yes | Did defendant provide financial affidavit? No |
| Did the government move for detention? -- | Was the defendant detained? -- |
| Trial date: | 2/12/2024 9:00 AM CJW |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| Miscellaneous: | Defendant waives formal reading of indictment. <br><br> Court confirms the United States' obligation under Rule 5(f), that is, to disclose to the defendant all exculpatory evidence as required by Brady v. Maryland and its progeny. Failure to disclose any such evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanction by the Court. |
|---|---|

| Date: | 12/13/2023 | Start: | 10:04 AM | Adjourn: | 10:42 AM | Courtroom: | 4, 4th Floor |
|---|---|---|---|---|---|---|---|

| TYPE OF PROCEEDING: | PRELIMINARY EXAMINATION | DETENTION | X | REVOCATION | |
|---|---|---|---|---|---|
| | | Contested? | Yes | Continued from a previous date? | No |

| Moving party: | Government Oral Motion to Detain (doc. 8) |
|---|---|
| Nature of proceedings: | Ruling: |
| Review of detention or conditions X | Court finds the Government has carried its burden by a preponderance of the evidence that the Defendant is a risk of non-appearance. Defendant detained. |
| **Witness/Exhibit List is** | Attached |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| Miscellaneous: | Mr. Vavricek proffers Complaint filed doc. 2 and Sealed Pretrial Services report filed at doc. 11. No objection from Mr. Nathan. Court will take formal notice of the Complaint filed at doc. 2 and Sealed Pretrial Services Report filed at doc. 11. <br><br> Mr. Vavricek calls FBI Agent Daniel Peczuh direct (10:06 AM - 10:09 AM). Cross (10:09 AM – 10:13 AM). Redirect (10:13AM – 10:14 AM). Questioning from the court (10:14 AM – 10:17 AM) Agent Peczuh excused. |
|---|---|

| | |
|---|---|
| | Mr. Vavricek proffers. No objection from Mr. Nathan. Court will consider proffer.<br>Mr. Nathan make 3 proffers. No objection from Mr. Vavricek on the first 2 proffers. Court will consider proffers.<br><br>Court hears arguments. |