# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

**WITNESS & EXHIBIT LIST**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:23-cr-1020-CJW-MAR-1 |
| Plaintiff(s), | Presiding Judge Mark A. Roberts |
| vs. | Deputy Clerk Rachel J. Scott |
| MATTHEW DAVID KEIRANS | Court Reporter FTR Gold |
| Defendant(s). | Plaintiff's Attorney AUSA Timothy Vavricek |
| Date: 12/13/2023 | Defendant's Attorney AFPD Christopher Nathan |

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | FBI Agent Daniel Peczuh | 12/13/2023 | 10:06 AM | 12/13/2023 | 10:17 AM |
| | | | | | |
| | | | | | |

| # | **DEFENSE** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

*Exhibit Receipted to Task Force Officer
**A**=Admitted; **APT**=Admitted at Pre-Trial; **RSO**=Received Subject to Objection; **OS**=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| | | | |
| | | | |

| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Marked | **DEFENSE** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| A | Letter of Support (doc. 10) | 12/13/2023 | A |
| B | Letter of Support (doc. 10) | 12/13/2023 | A |
| C | Letter of Support (doc. 10) | 12/13/2023 | A |
| D | Letter of Support (doc. 10) | 12/13/2023 | A |
| E | Wisconsin Statutory Power of Attorney (doc. 10) | 12/13/2023 | A |
| F | Family photos (doc 10) | 12/13/2023 | A |