IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 23-cr-1020 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | NOTICE OF INTENT TO |
| MATTHEW DAVID KEIRANS, ) | PLEAD GUILTY |
| ) | |
| Defendant. ) | |

Matthew David Keirans, through counsel, hereby notifies the Court and the government of his intent to plead guilty. The Court may remove this case from the April 15, 2024, trial schedule. *See* USSG §3E1.1(b)(2).

>FEDERAL DEFENDER'S OFFICE
>222 Third Avenue SE, Suite 290
>Cedar Rapids, IA 52401-1509
>TELEPHONE: (319) 363-9540
>TELEFAX: (319) 363-9542
>
>BY: /s/ Christopher J. Nathan
>CHRISTOPHER J. NATHAN
>christopher_nathan@fd.org
>ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on March 25, 2024, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
By: /s/ Melissa Dullea