# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MATTHEW DAVID KEIRANS, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 2:23-cr-1020-CJW-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold   Contract? --<br>Contact Information: -- |

| Date: | 4/1/2024 | Start: | 9:58 AM | Adjourn: | 10:30 AM | Courtroom: | 3 | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Timothy L. Vavricek | | | | | | |
| | Defendant(s): | AFPD Christopher J. Nathan (Defendant appears personally) | | | | | | |
| | U.S. Probation: | -- | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: -- |

| **TYPE OF PROCEEDING:** | **PLEA** | Contested? | No | Continued from a previous date? | No | |
|---|---|---|---|---|---|---|
| | Defendant pleaded GUILTY to count(s): | | 5 and 7 of the indictment | | | |
| | Defendant is | X | Detained | | Released | pending sentencing. |
| | **Witness/Exhibit List is** | Government Exhibit 1 (plea agreement) received without objection | | | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | | | |
| | **Miscellaneous:** | Court places Defendant under oath.<br><br>Defendant is competent and understands the charges.<br><br>Defendant knows that there is an adequate factual basis, knows the maximum penalties, and knows his rights to a jury trial voluntarily waives those rights.<br><br>Defendant's pleas of guilty are voluntary.<br><br>Court finds that the Defendant should be adjudged guilty of counts 5 and 7 of the indictment based upon his pleas of guilty.<br><br>USP to prepare PSIR. | | | | |

Page **1** of **1**

Case 2:23-cr-01020-CJW-MAR   Document 25   Filed 04/01/24   Page 1 of 1