IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>vs.<br>MATTHEW DAVID KEIRANS,<br><br>            Defendant. | No. 23-CR-1020 CJW-MAR<br><br>**ORDER RESCHEDULING SENTENCING HEARING** |

The matter before the Court is defendant's Unresisted Motion To Continue Sentencing Hearing and Deadlines. (Doc. 35).

For good cause and the reasons stated in the motion, the motion is **granted.** The sentencing hearing, currently scheduled for October 25, 2024, is rescheduled to **Friday, November 22, 2024, at 9:00 a.m.;**[1] United States Courthouse, Courtroom 1, 111 Seventh Avenue SE, Cedar Rapids, Iowa.

**IT IS SO ORDERED** this 3rd day of October, 2024.

_____
C.J. Williams, Chief Judge
United States District Court
Northern District of Iowa

---

[1] The deadline requirements established in the Order setting sentencing hearing and establishing deadlines at Doc. 34 continue to govern, but now with the new sentencing date of November 22, 2024, substituted, the time frames now attach to the new sentencing date scheduled.