EXHIBIT A stored on Clerk's Drive


A. Video posted to YouTube titled "You Won't Believe This!" by "Fousey".

B. Video posted to YouTube titled "You Just Did Act PRANK!" by "Fousey".

EXHIBIT C stored on Clerk's Drive

C.  Video posted to YouTube titled "I FOUND Homeless BILL!" by "Fousey".

D. Video posted to YouTube titled "He's Gone…" by "Fousey".

E. Video posted to YouTube titled "Bad News!" by "Fousey".