```
       IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

              FOR THE COUNTY OF LOS ANGELES

DEPARTMENT 34              HON. DEBORAH S. BRAZIL, JUDGE

                         -oOo-


THE PEOPLE OF THE STATE OF        )
CALIFORNIA,                       )
                   PLAINTIFF,     )
                                  )
             VS.                  )   NO. BA480543
                                  )
MATTHEW KIERANS,                  )
                                  )
                   DEFENDANT.     )
_____)
```

**CERTIFIED TRANSCRIPT**

REPORTER'S TRANSCRIPT OF ORAL PROCEEDINGS

OCTOBER 16, 17, 2019


APPEARANCES:

FOR THE PEOPLE:        OFFICE OF THE DISTRICT ATTORNEY
                       BY: STANLEY WILLIAMS
                       DEPUTY DISTRICT ATTORNEY
                       211 WEST TEMPLE STREET
                       SUITE 1200
                       LOS ANGELES, CA 90012


FOR THE DEFENDANT:     OFFICE OF THE ALTERNATE PUBLIC
                       DEFENDER
                       BY: SUSANA JUAREZ, DEPUTY
                       210 WEST TEMPLE ST., 18TH FLR.
                       LOS ANGELES, CA 90012




REPORTED BY:           JACK C. SCHEINFELD, CSR# 12109
                       OFFICIAL REPORTER

DEFENDANT'S EXHIBIT F
23-cr-1020

A. THAT DAY HE CAME IN INQUIRING ABOUT THE ACCOUNTS THAT WERE OPEN UNDER HIS NAME AND HIS SOCIAL AND WANTED TO CLOSE THEM OUT.

Q. WHAT DOES IT MEAN TO CLOSE OUT AN ACCOUNT?

A. ESSENTIALLY CLOSING OUT THE CREDIT CARDS THAT WERE WITH -- THAT WERE ASSOCIATED WITH THESE CARDS AND THE ACCOUNTS THAT WERE WITH THEM. IF IT WAS A CHECKING ACCOUNT, IT WOULD BE THE FUNDS THAT WERE IN THERE MADE OUT OF CHECKS IN HIS NAME OR THE -- ON THE ACCOUNT.





▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        Q.      DID YOU SPEAK TO THAT PERSON, WILLIAM WOODS?

        A.      YES, I DID.

        Q.      WHAT DID --

        THE DEFENDANT:  FLORIDA.  FLORIDA.

        THE COURT:  SIR.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

```
            IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

                    FOR THE COUNTY OF LOS ANGELES

DEPARTMENT 34              HON. DEBORAH S. BRAZIL, JUDGE

                             -oOo-


THE PEOPLE OF THE STATE OF        )
CALIFORNIA,                       )
                                  )
                       PLAINTIFF, )   NO. BA480543
                                  )
              VS.                 )   REPORTER'S
                                  )   CERTIFICATE
MATTHEW KIERANS,                  )
                                  )
                       DEFENDANT. )
_____)
```

    I, JACK C. SCHEINFELD, OFFICIAL REPORTER OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT THE FOREGOING PAGES, 1 THROUGH 22, INCLUSIVE, COMPRISE A FULL, TRUE AND CORRECT TRANSCRIPT OF THE PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER ON OCTOBER 16, 17, 2019.

    DATED THIS 18TH DAY OF DECEMBER, 2024.

_____
JACK C. SCHEINFELD
OFFICIAL REPORTER, CSR NO. 12109