```
              SUPERIOR COURT OF THE STATE OF CALIFORNIA

                    FOR THE COUNTY OF LOS ANGELES

                                -oOo-


  DEPARTMENT 134          HON. JAMES R. DABNEY, JUDGE

 THE PEOPLE OF THE STATE OF CALIFORNIA,    )
                                           )
             PLAINTIFF,                    )
                                           )  CASE NO.
    VS.                                    )  BA480543
                                           )
 01 - MATTHEW KIERANS,                     )
                                           )
              DEFENDANT(S).                )
 _____)


              REPORTER'S TRANSCRIPT OF PROCEEDINGS

                  TUESDAY, NOVEMBER 19, 2019




 APPEARANCES:


 FOR THE PEOPLE:     OFFICE OF THE DISTRICT ATTORNEY
                     BY:  CELIA POLITEO, ESQ.
                     211 WEST TEMPLE STREET
                     SUITE 200
                     LOS ANGELES, CALIFORNIA  90012


 FOR THE DEFENDANT: ALTERNATE PUBLIC DEFENDER
                     BY:  SUSANA JUAREZ, ESQ.
                     210 WEST TEMPLE STREET
                     LOS ANGELES, CALIFORNIA  90012




                          ELORA DORINI, CSR 13755
                          OFFICIAL COURT REPORTER
```

DEFENDANT'S EXHIBIT
I
23-cr-1020

1  ██████████████████████████████████
2  ████████████████████████████████████
3  █████████████████████████████████
4  █████████████████████████████████
5          ██████████████████
6          ██████████████████████████
7  ████████████████████████████████████
8  ██████████████████████████████████
9  ██████████████
10         ██████████████████████████
11 ███████████████████████████████
12         ████████████████████████
13         ████████████████████████████
14         THE DEFENDANT:  I HAD A LITTLE PROBLEM IN SAN
15 DIEGO YEARS AGO --
16         ██████████████████████
17 █████████████████████████████████
18         ██████████████████████████
19 ██
20         ██████████████████████████
21 ████████████████████████████████████
22 ██████████████████
23
24         ████████████████████████
25
26
27
28

```
         SUPERIOR COURT OF THE STATE OF CALIFORNIA
                FOR THE COUNTY OF LOS ANGELES


     DEPARTMENT 134 HON. JAMES R. DABNEY, JUDGE

THE PEOPLE OF THE STATE OF CALIFORNIA,  )
                                        )
                 PLAINTIFF,             )
                                        )  NO. BA480543
     VS.                                )
                                        )
01 - MATTHEW KIERANS,                   )
                                        )  REPORTER'S
                 DEFENDANT(S).          )  CERTIFICATE
_____)
```

I, ELORA DORINI, OFFICIAL COURT REPORTER OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT I DID CORRECTLY REPORT THE PROCEEDINGS CONTAINED HEREIN AND THAT THE FOREGOING PAGES 1 THROUGH 6 COMPRISE A FULL, TRUE, AND CORRECT TRANSCRIPT OF THE PROCEEDINGS AND TESTIMONY TAKEN IN THE MATTER OF THE ABOVE-ENTITLED CAUSE ON NOVEMBER 19, 2019.

EXECUTED THIS DAY, DECEMBER 31, 2024, AT LOS ANGELES, CALIFORNIA.

_____
ELORA DORINI, CSR NO. 13755