SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

-OOO-

DEPARTMENT 134 HON. JAMES R. DABNEY, JUDGE

THE PEOPLE OF THE STATE OF CALIFORNIA, )
)
PLAINTIFF, )
) CASE NO.
VS. ) BA480543
)
01 - MATTHEW KIERANS, )
)
DEFENDANT(S). )
___________________________________________)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

TUESDAY, DECEMBER 10, 2019

APPEARANCES:

FOR THE PEOPLE: OFFICE OF THE DISTRICT ATTORNEY
BY: PRISCILLA MUSSO, ESQ.
211 WEST TEMPLE STREET
SUITE 200
LOS ANGELES, CALIFORNIA 90012

FOR THE DEFENDANT: ALTERNATE PUBLIC DEFENDER
BY: SUSANA JUAREZ, ESQ.
210 WEST TEMPLE STREET
LOS ANGELES, CALIFORNIA 90012

ELORA DORINI, CSR 13755
OFFICIAL COURT REPORTER

DEFENDANT'S EXHIBIT
J
23-cr-1020

<mark>5</mark>

```
 1    ████████████████████████████████████████
 2    ████████████████████████████████████████
 3    █████████████████████████
 4            THE DEFENDANT:  I HAVE TO TELL YOU.  I MADE A
 5    REPORT TO FBI IN 1995, AND I MADE A REPORT ON MY UNCLE,
 6    HE'S CORRUPT.  MR. MOORE WAS DOWN THERE.
 7            THE WORLD TRADE CENTER, I AM NOT TAKING DOWN
 8    THE WORLD TRADE CENTER.  MY FAMILY GOT MURDERED, HIS
 9    WIFE AND KIDS, AND THE DOJ TOLD ME, KEEP MY PASSPORT TO
10    MYSELF, I WAS TOLD, I WAS SUPPOSED TO GET DOJ NEW
11    MEXICO TO BE PRESENT --
12         ████████████████████████████████████
13    ████████████████████████████
14
15            ████████████████████████████
16
17
18
19
20
21
22
23
24
25
26
27
28
```

Case 2:23-cr-01020-CJW-MAR  Document 45-4  Filed 01/24/25  Page 3 of 3

```
           SUPERIOR COURT OF THE STATE OF CALIFORNIA
                 FOR THE COUNTY OF LOS ANGELES


       DEPARTMENT 134 HON. JAMES R. DABNEY, JUDGE

THE PEOPLE OF THE STATE OF CALIFORNIA,    )
                                          )
                PLAINTIFF,                )
                                          )  NO. BA480543
   VS.                                    )
                                          )
01 - MATTHEW KIERANS,                     )
                                          )  REPORTER'S
                DEFENDANT(S).             )  CERTIFICATE
_____)




        I, ELORA DORINI, OFFICIAL COURT REPORTER
 OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR
 THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT I DID
 CORRECTLY REPORT THE PROCEEDINGS CONTAINED HEREIN AND
 THAT THE FOREGOING PAGES 1 THROUGH 5 COMPRISE A FULL,
 TRUE, AND CORRECT TRANSCRIPT OF THE PROCEEDINGS AND
 TESTIMONY TAKEN IN THE MATTER OF THE ABOVE-ENTITLED
 CAUSE ON DECEMBER 10, 2019.


            EXECUTED THIS DAY, DECEMBER 31, 2024, AT
 LOS ANGELES, CALIFORNIA.


                         _____
                         ELORA DORINI, CSR NO. 13755
```