1  SUPERIOR COURT OF THE STATE OF CALIFORNIA

2  FOR THE COUNTY OF LOS ANGELES

3  -oOo-

4

5  DEPARTMENT 134          HON. JAMES R. DABNEY, JUDGE

6  THE PEOPLE OF THE STATE OF CALIFORNIA,      )
                                               )
7              PLAINTIFF,                       )
                                               )  CASE NO.
8     VS.                                       )  BA480543
                                               )
9  01 - MATTHEW KIERANS,                        )
                                               )
10             DEFENDANT(S).                     )
   _____)

11

12          REPORTER'S TRANSCRIPT OF PROCEEDINGS

13           THURSDAY, DECEMBER 19, 2019

14

15

16  APPEARANCES:

17

18  FOR THE PEOPLE:     OFFICE OF THE DISTRICT ATTORNEY
                        BY:  TALHA KHAN, ESQ.
19                      211 WEST TEMPLE STREET
                        SUITE 200
20                      LOS ANGELES, CALIFORNIA  90012

21

22  FOR THE DEFENDANT: ALATERNATE PUBLIC DEFENDER
                        BY:  SUSANA JUAREZ, ESQ.
23                      210 WEST TEMPLE STREET
                        LOS ANGELES, CALIFORNIA  90012

24

25

26

27                      ELORA DORINI, CSR 13755
                        OFFICIAL COURT REPORTER

28

DEFENDANT'S
EXHIBIT
K
23-cr-1020



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24        THE DEFENDANT:  I PROVIDED DOCUMENTATION THAT
25  THE FBI IN MEXICO IN 1995 AGAINST MATT CORONAS.
26        THE COURT:  THAT'S ALL TRIAL ISSUES.
27        THE DEFENDANT:  BETSY ROSS IS A US CITIZEN.
28  THAT'S ALL COPS.

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                   FOR THE COUNTY OF LOS ANGELES

 3

 4          DEPARTMENT 134 HON. JAMES R. DABNEY, JUDGE

 5   THE PEOPLE OF THE STATE OF CALIFORNIA,   )
                                              )
 6                   PLAINTIFF,               )
                                              ) NO. BA480543
 7      VS.                                   )
                                              )
 8   01 - MATTHEW KIERANS,                    )
                                              ) REPORTER'S
 9                   DEFENDANT(S).            ) CERTIFICATE
     _____)
10

11

12

13            I, ELORA DORINI, OFFICIAL COURT REPORTER

14     OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR

15     THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT I DID

16     CORRECTLY REPORT THE PROCEEDINGS CONTAINED HEREIN AND

17     THAT THE FOREGOING PAGES 1 THROUGH 5 COMPRISE A FULL,

18     TRUE, AND CORRECT TRANSCRIPT OF THE PROCEEDINGS AND

19     TESTIMONY TAKEN IN THE MATTER OF THE ABOVE-ENTITLED

20     CAUSE ON DECEMBER 19, 2019.

21

22             EXECUTED THIS DAY, DECEMBER 31, 2024, AT

23     LOS ANGELES, CALIFORNIA.

24

25     _____
                  ELORA DORINI, CSR NO. 13755
26

27

28
```