```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                     FOR THE COUNTY OF LOS ANGELES

 3                                -oOo-

 4

 5    DEPARTMENT 134          HON. JAMES R. DABNEY, JUDGE

 6   THE PEOPLE OF THE STATE OF CALIFORNIA,    )
                                               )
 7                 PLAINTIFF,                  )
                                               )   CASE NO.
 8      VS.                                    )   BA480543
                                               )
 9   01 - MATTHEW KIERANS,                     )
                                               )
10                 DEFENDANT(S).               )
                                               )
11   _____)

12               REPORTER'S TRANSCRIPT OF PROCEEDINGS

13                    FRIDAY, JANUARY 24, 2020

14

15

16    APPEARANCES:

17

18    FOR THE PEOPLE:    OFFICE OF THE DISTRICT ATTORNEY
                         BY:  CELIA POLITEO, ESQ.
19                       211 WEST TEMPLE STREET
                         SUITE 200
20                       LOS ANGELES, CALIFORNIA  90012

21

22    FOR THE DEFENDANT: ALTERNATE PUBLIC DEFENDER
                         BY:  RICHARD RAMOS, ESQ.
23                       210 WEST TEMPLE STREET
                         LOS ANGELES, CALIFORNIA  90012

24

25

26

27                              ELORA DORINI, CSR 13755
28                              OFFICIAL COURT REPORTER
```

DEFENDANT'S EXHIBIT L
23-cr-1020

1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
5  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
6  ▮▮▮▮
7  ▮▮▮▮▮▮▮▮▮▮▮▮
8  ▮▮▮▮▮▮▮▮
9  ▮▮▮▮▮▮▮▮
10  THE DEFENDANT: I'M NOT COMPETENT.
11  THE COURT: I AGREE. DEFENDANT IS FOUND
12  INCOMPETENT --
13  THE DEFENDANT: MAY IT PLEASE THE COURT, IN
14  2014, A GUY WITH A GUN PULLED A GUN ON ME, 10.2 OUNCES
15  OF GOLD.
16  ▮▮▮▮▮▮▮
17  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20  ▮▮▮▮▮▮▮▮▮▮▮▮
21  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
26  ▮▮▮▮▮▮▮▮▮▮▮▮
27  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
28  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Case 2:23-cr-01020-CJW-MAR   Document 45-6   Filed 01/24/25   Page 3 of 3

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                     FOR THE COUNTY OF LOS ANGELES
 3
 4       DEPARTMENT 134 HON. JAMES R. DABNEY, JUDGE
 5   THE PEOPLE OF THE STATE OF CALIFORNIA,   )
                                              )
 6                   PLAINTIFF,               )
                                              ) NO. BA480543
 7      VS.                                   )
                                              )
 8   01 - MATTHEW KIERANS,                    )
                                              ) REPORTER'S
 9                   DEFENDANT(S).            ) CERTIFICATE
10   _____)
11
12
13          I, ELORA DORINI, OFFICIAL COURT REPORTER
14    OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR
15    THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT I DID
16    CORRECTLY REPORT THE PROCEEDINGS CONTAINED HEREIN AND
17    THAT THE FOREGOING PAGES 1 THROUGH 5 COMPRISE A FULL,
18    TRUE, AND CORRECT TRANSCRIPT OF THE PROCEEDINGS AND
19    TESTIMONY TAKEN IN THE MATTER OF THE ABOVE-ENTITLED
20    CAUSE ON JANUARY 24, 2020.
21
22              EXECUTED THIS DAY, DECEMBER 31, 2024, AT
23    LOS ANGELES, CALIFORNIA.
24
25                        _____
                          ELORA DORINI, CSR NO. 13755
26
27
28
```