17

1  THE COURT: LET'S GO ON THE RECORD PEOPLE VERSUS
2  WOODS. WE'RE HERE FOR PLACEMENT RECOMMENDATION.
3  STATE YOUR APPEARANCE, PLEASE.
4  SPEAKER1: GOOD MORNING. DEPUTY ALTERNATE
5  PUBLIC DEFENDER SANDRA DIGIULIO STANDING IN FOR ATTORNEY
6  OF RECORD RICHARD RAMOS WHO IS IN TRIAL.
7  SPEAKER2: STEVEN LOPEZ, DEPUTY D.A. FOR THE
8  PEOPLE.
9  THE COURT: WE'RE HERE FOR PLACEMENT
10 RECOMMENDATION FROM CONREP. THEY'RE RECOMMENDATION IS
11 HE BE HOUSED IN CALIFORNIA DEPARTMENT STATE HOSPITALS
12 LOCK-IN PATIENT FACILITY. THAT'LL BE THE ORDER.
13 HE IS ORDERED TRANSPORTED FORTHWITH TO
14 CALIFORNIA DEPARTMENT OF STATE HOSPITALS.
15 TRANSPORTATION CHECK, 6 WEEKS. FEBRUARY 23RD -- MARCH
16 23RD.
17 SPEAKER1: THAT WAS ONE -- THE ONE DATE
18 MR. RAMOS IS NOT AVAILABLE.
19 THE COURT: THE 24TH.
20 SPEAKER1: THANK YOU. ANY OTHER?
21 (AT [TIME] [A.M.|P.M.], THE MATTER WAS
22 CONTINUED TO [NEXT DATE] AT [TIME] FOR
23 FURTHER PROCEEDINGS.)
24
25
26
27
28

DEFENDANT'S EXHIBIT M 23-cr-1020

UNCERTIFIED DRAFT