## GLENN R LONDRE, CPA, LLC
### CERTIFIED PUBLIC ACCOUNTANT

N67 W30788 GOLF CIRCLE
HARTLAND, WISCONSIN 53029
Phone: (262) 993-0935

5/14/2024

To whom It May Concern,

I am submitting this letter on behalf of Matthew David Keirans, who has accepted responsibility for the charges in his case. I would like you to consider Matt's good character before passing judgement on sentencing.

I have known Matt for about **10** years, as his tax preparer.

My experience with Matt have always been positive. He has demonstrated good behavior in regard to paying his income taxes and in our business relationship. He initially contacted me for help in estimating and filing income taxes because he lived in Wisconsin, but worked in Iowa. He needed assistance in order to correctly file with the Revenue Departments in both states, as well as with Federal filing.

Sincerely,

Glenn Londre, CPA

**DEFENDANT'S EXHIBIT X**
23-cr-1020