```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                   FOR THE COUNTY OF LOS ANGELES

 3                              -oOo-

 4


 5    DEPARTMENT 134         HON. JAMES R. DABNEY, JUDGE

 6   THE PEOPLE OF THE STATE OF CALIFORNIA,    )
                                               )
 7                PLAINTIFF,                   )
                                               )  CASE NO.
 8      VS.                                    )  BA480543
                                               )
 9   01 - MATTHEW KIERANS,                     )
                                               )
10                DEFENDANT(S).                )
     _____)
11

12             REPORTER'S TRANSCRIPT OF PROCEEDINGS

13                  TUESDAY, NOVEMBER 19, 2019

14

15

16   APPEARANCES:

17

18   FOR THE PEOPLE:    OFFICE OF THE DISTRICT ATTORNEY
                        BY:  CELIA POLITEO, ESQ.
19                      211 WEST TEMPLE STREET
                        SUITE 200
20                      LOS ANGELES, CALIFORNIA  90012

21
     FOR THE DEFENDANT: ALTERNATE PUBLIC DEFENDER
22                      BY:  SUSANA JUAREZ, ESQ.
                        210 WEST TEMPLE STREET
23                      LOS ANGELES, CALIFORNIA  90012

24

25

26

27                          ELORA DORINI, CSR 13755
                            OFFICIAL COURT REPORTER
28
```

**Government Exhibit 14B**
Case 23-CR-1020-CJW SENT

1  M A S T E R   I N D E X

3  SESSIONS

4  PAGE

5  TUESDAY          NOVEMBER 19, 2019
   A.M. SESSION                                    3

```
 1    CASE NUMBER:                BA480543
 2    CASE NAME:                  THE PEOPLE OF THE STATE OF
 3                                CALIFORNIA VERSUS MATTHEW
 4                                KIERANS
 5    LOS ANGELES, CALIFORNIA     TUESDAY, NOVEMBER 19, 2019
 6    DEPARTMENT 134              HON. JAMES R. DABNEY
 7    REPORTER:                   ELORA DORINI, CSR NO. 13755
 8    TIME:                       A.M. SESSION
 9    APPEARANCES:
10            (DEFENDANT BEING PRESENT IN COURT AND
11        REPRESENTED BY COUNSEL, SUSANA JUAREZ,
12        DEPUTY ALTERNATE PUBLIC DEFENDER, THE
13        PEOPLE BEING REPRESENTED BY CELIA
14        POLITEO, DEPUTY DISTRICT ATTORNEY OF
15        LOS ANGELES, STATE OF CALIFORNIA.)
16                    ---OOO---
17
18          THE COURT: W█████ W███, BA480543.
19          MS. JUAREZ: SUSANA JUAREZ, DEPUTY ALTERNATE
20    PUBLIC DEFENDER, DEPUTY ALTERNATE PUBLIC DEFENDER ON
21    BEHALF OF MR. W███.
22          HE'S PRESENT IN CUSTODY.
23          MS. POLITEO: CELIA POLITEO, DEPUTY DISTRICT
24    ATTORNEY ON BEHALF OF THE PEOPLE.
25          THE COURT: OKAY. LAST TIME WE WERE HERE,
26    THERE WAS A DISCOVERY OUTSTANDING.
27          WHERE ARE WE AT ON THAT?
28          MS. JUAREZ: YOUR HONOR, THE PEOPLE AND I ARE
```

```
1    WORKING ON DISCOVERY.  THE REQUEST IS TO GO OVER AND
2    TRAIL TO DECEMBER 5TH SO WE CAN COMPLETE DISCOVERY AND
3    POSSIBLY RESOLVE THE MATTER.
4            I'M GOING TO BE WORKING ON A POSSIBLE OFFER
5    AND COUNTER OFFER SITUATION FOR THAT DATE.
6            THE COURT:  OKAY.  AND MY UNDERSTANDING THIS
7    IS A -- CASE INVOLVES ACCESS TO A BANK ACCOUNT AND
8    ALLEGATIONS OF IDENTITY THEFT, AND THERE'S SOME
9    QUESTIONS AS TO THE VICTIM IN THIS PARTICULAR MATTER
10   THAT YOU'RE INVESTIGATING.
11           IS THAT CORRECT?
12           MS. JUAREZ:  YES, IT IS.
13           THE COURT:  OKAY.  ALL RIGHT.  SO DECEMBER 5TH
14   WOULD BE WHAT DATE?
15
16           (SCHEDULING CONVERSATION OFF THE RECORD)
17
18           THE COURT:  35 OF 60 ON THE 5TH.  MY
19   UNDERSTANDING IS MR. W[REDACTED] IS NOT INTERESTED IN WAIVING
20   TIME.
21           MS. JUAREZ:  THAT'S CORRECT.
22           THE COURT:  SO LET'S COME BACK ON THE 5TH.
23   WE'LL EITHER HAVE A FIRM OFFER ON THAT DATE AFTER
24   DISCOVERY IS COMPLETE, AND YOU CAN DECIDE WHETHER YOU
25   WANT IT OR NOT WANT IT OR GO TO TRIAL WITHIN THE
26   PERIOD.  OKAY?
27           SO WE'LL COME BACK THEN.  AND WE'LL SEE  --
28   THE REAL THING THAT NEEDS TO BE HASHED OUT IS BASED ON
```

```
 1   THE WHAT THE ALLEGATIONS ARE, AND INFORMATION YOUR
 2   ATTORNEY IS WORKING ON THAT SHE'S RECEIVED.
 3           SHE NEEDS TO FOLLOW UP ON THAT STUFF IN ORDER
 4   TO FIND OUT BECAUSE THAT'S GOING TO MAKE A HUGE
 5   DIFFERENCE DEPENDING ON HOW THE INVESTIGATION PLAYS
 6   OUT.  OKAY?
 7           THE DEFENDANT:  OKAY.
 8           THE COURT:  SO WE'LL COME BACK ON THAT DATE,
 9   AND IF THE DISCOVERY IS RESOLVED, THEN WE'LL SEE IF THE
10   PEOPLE ARE WILLING TO MAKE AN OFFER THAT YOU'RE WILLING
11   TO ACCEPT, AND IF NOT, WE'LL GO TO TRIAL WITHIN THE
12   PERIOD.  IT'S THAT SIMPLE.  OKAY?
13           THE DEFENDANT:  I HAVE SOME IMPORTANT
14   INFORMATION.
15           THE COURT:  THAT, YOU NEED TO SHARE WITH HER.
16   BECAUSE AT THIS POINT WITH ME, I DON'T GET -- MY
17   INVOLVEMENT IN THIS IS TO MAKE SURE THAT SHE GETS WHAT
18   SHE'S ENTITLED TO GET ON YOUR BEHALF FROM HER --
19           THE DEFENDANT:  IT'S ACTUALLY THE DA'S
20   INFORMATION SO -- I ALREADY FILED TO DOJ.
21           THE COURT:  ALL RIGHT.  I GOT IT.  AGAIN,
22   THAT'S NOT -- THAT GOES TO MERITS.  I DON'T GET
23   INVOLVED IN THE MERITS.  RIGHT NOW I'M INVOLVED IN THE
24   PROCEDURE.
25           I GET INVOLVED IN THE MERITS ONLY IF YOU HAD A
26   COURT TRIAL, IN WHICH CASE THEN I'M IN IT.  AND BUT NOT
27   UNTIL THEN.
28           MS. POLITEO:  MAY I SAY THAT COUNSEL AND I HAD
```


```
 1  A LENGTHY CONFERENCE.  SHE SHARED WITH ME ALL OF THE
 2  CONCERNS THAT HER CLIENT HAD AND THE ADDITIONAL WAYS OF
 3  DETERMINING THE IDENTITY HERE INCLUDING DOJ PRINTS
 4  AND -- AND SEVERAL OTHER THINGS THAT SHE'S ASKED.
 5          THE COURT:  OKAY, GREAT.
 6          MS. POLITEO:  SO I JUST HOPE THAT IT'S CLEAR
 7  TO HIM THAT I RECEIVED THAT INFORMATION, AND I AM GOING
 8  TO EXPLORE IT.  OUR MIND -- I'M A PROSECUTOR, BUT MY
 9  MIND IS ALWAYS OPEN.
10          IF THERE WAS SOME SORT OF MISTAKE HERE, WE,
11  THE PEOPLE WANTED TO GET TO THE BOTTOM OF IT.
12          THE COURT:  SOONER RATHER THAN LATER.
13          MS. POLITEO:  WE WANT TO DO THE RIGHT THING.
14          THE DEFENDANT:  I HAD A LITTLE PROBLEM IN SAN
15  DIEGO YEARS AGO --
16          THE COURT:  LONG TIME AGO.  THAT KIND OF
17  MUDDIES UP THE WATERS, BUT THE BOTTOM LINE IS --
18          MS. POLITEO:  WE STILL HAVE TO PROVE UP THIS
19  CASE.
20          THE COURT:  AND BASED ON THE INFORMATION THAT
21  YOU'RE PROVIDING, THEY MAY NOT BE ABLE TO.  WE'LL FIND
22  OUT.  WE'LL SEE YOU ON THE 5TH.
23
24          (END OF PROCEEDINGS 11:35 A.M.)
25
26
27
28
```


```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                   FOR THE COUNTY OF LOS ANGELES
 3
 4       DEPARTMENT 134  HON. JAMES R. DABNEY, JUDGE
 5   THE PEOPLE OF THE STATE OF CALIFORNIA,   )
                                              )
 6                 PLAINTIFF,                 )
                                              ) NO. BA480543
 7     VS.                                    )
                                              )
 8   01 - MATTHEW KIERANS,                    )
                                              ) REPORTER'S
 9                 DEFENDANT(S).              ) CERTIFICATE
                                              )
10   _____)
```

I, ELORA DORINI, OFFICIAL COURT REPORTER OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT I DID CORRECTLY REPORT THE PROCEEDINGS CONTAINED HEREIN AND THAT THE FOREGOING PAGES 1 THROUGH 6 COMPRISE A FULL, TRUE, AND CORRECT TRANSCRIPT OF THE PROCEEDINGS AND TESTIMONY TAKEN IN THE MATTER OF THE ABOVE-ENTITLED CAUSE ON NOVEMBER 19, 2019.

EXECUTED THIS DAY, DECEMBER 31, 2024, AT LOS ANGELES, CALIFORNIA.

_____
ELORA DORINI, CSR NO. 13755