```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                   FOR THE COUNTY OF LOS ANGELES

 3                              -oOo-

 4


 5    DEPARTMENT 134         HON. JAMES R. DABNEY, JUDGE

 6   THE PEOPLE OF THE STATE OF CALIFORNIA,    )
                                               )
 7                 PLAINTIFF,                  )
                                               )   CASE NO.
 8       VS.                                   )   BA480543
                                               )
 9   01 - MATTHEW KIERANS,                     )
                                               )
10                 DEFENDANT(S).               )
                                               )
11   _____)

12              REPORTER'S TRANSCRIPT OF PROCEEDINGS

13                   TUESDAY, DECEMBER 10, 2019

14


15


16   APPEARANCES:

17


18   FOR THE PEOPLE:     OFFICE OF THE DISTRICT ATTORNEY
                         BY:  PRISCILLA MUSSO, ESQ.
19                       211 WEST TEMPLE STREET
                         SUITE 200
20                       LOS ANGELES, CALIFORNIA  90012

21

     FOR THE DEFENDANT:  ALTERNATE PUBLIC DEFENDER
22                       BY:  SUSANA JUAREZ, ESQ.
                         210 WEST TEMPLE STREET
23                       LOS ANGELES, CALIFORNIA  90012

24


25


26


27                           ELORA DORINI, CSR 13755
                             OFFICIAL COURT REPORTER
28
```

**Government Exhibit 14C**
Case 23-CR-1020-CJW
SENT

M A S T E R   I N D E X

SESSIONS

PAGE

TUESDAY            DECEMBER 10, 2019
A.M. SESSION                                        3

```
 1    CASE NUMBER:              BA480543
 2    CASE NAME:                THE PEOPLE OF THE STATE OF
 3                              CALIFORNIA VERSUS MATTHEW
 4                              KIERANS
 5    LOS ANGELES, CALIFORNIA   TUESDAY, DECEMBER 10, 2019
 6    DEPARTMENT 134            HON. JAMES R. DABNEY
 7    REPORTER:                 ELORA DORINI, CSR NO. 13755
 8    TIME:                     A.M. SESSION
 9    APPEARANCES:
10            (DEFENDANT BEING PRESENT IN COURT AND
11            REPRESENTED BY COUNSEL, SUSANA JUAREZ,
12            DEPUTY ALTERNATE PUBLIC DEFENDER, THE
13            PEOPLE BEING REPRESENTED BY PRISCILLA
14            MUSSO, DEPUTY DISTRICT ATTORNEY OF
15            LOS ANGELES, STATE OF CALIFORNIA.)
16                           ---OOO---
17
18            THE COURT:  W███████  W████, BA480543 OR
19    KIERANS.
20            THE DEFENDANT:  I'M NOT KIERANS AT ALL.
21            THE COURT:  I UNDERSTAND.
22            MS. JUAREZ:  SUSANA JUAREZ, DEPUTY ALTERNATE
23    PUBLIC DEFENDER ON BEHALF OF MR. W████, HE'S PRESENT IN
24    CUSTODY.
25            MS. MUSSO:  PRISCILLA MUSSO, DEPUTY DISTRICT
26    ATTORNEY FOR THE PEOPLE.  YOUR HONOR, THIS CASE, I'M
27    GOING TO SPECIALLY ASSIGN SO WE CAN DELVE INTO ALL THE
28    THINGS THE DEFENDANT IS TALKING ABOUT.
```

1          MS. JUAREZ HAS EXPLAINED EVERYTHING TO ME
2    EXTENSIVELY, AND I WILL HAVE A DA ASSIGNED TO GET
3    FINGERPRINTS, AND WE WILL FIGURE IT OUT.
4          THE COURT:  OKAY.  COME BACK WITHIN THE
5    PERIOD?
6          MS. JUAREZ:  YES, PLEASE.
7          THE COURT:  50 OF 60 IS THE 20TH.
8          THE DEFENDANT:  CAN I SPEAK?  I WANT TO FIRE
9    MY ATTORNEY.
10         THE COURT:  YOU KNOW, CAN YOU HOLD ON A
11   SECOND?  DID YOU JUST HEAR WHAT SHE SAID?  THEY NEED TO
12   RESOLVE WHETHER OR NOT YOU'RE ACTUALLY W█████ OR NOT --
13         THE DEFENDANT:  I TOLD YOU --
14         THE COURT:  EXCUSE ME, THEY'RE GOING TO ASSIGN
15   SOMEBODY TO GET FINGERPRINTS, SO IF WHAT THEY FIND IS
16   WHAT YOU'RE SAYING IS TRUE, THIS CASE IS GOING TO GO
17   AWAY.  SO IF THIS CASE GOES AWAY, YOU DON'T NEED TO
18   FIRE YOUR ATTORNEY.
19         COME BACK ON THE 19TH, WHICH IS 49 OF 60.  SO
20   HOPEFULLY, WE'RE WE'LL KNOW AT THAT TIME WHETHER WE'RE
21   GOING TO PROCEED OR NOT.  THEY'RE NOT GOING TO DISMISS
22   A CASE BECAUSE YOU SAY IT --
23         THE DEFENDANT:  I LOST MY RETIREMENT ALREADY.
24         THE COURT:  I UNDERSTAND THAT.  BUT THE
25   PROBLEM IS IT'S NOT HER.  THEY'RE NOT GOING TO DISMISS
26   THE CASE.  YOU'RE STILL WITHIN THE ORIGINAL PERIOD.
27   SHE HASN'T WAIVED ONE SECOND OF TIME ON YOU.
28         YOU HAVEN'T WAIVED ANY TIME.  THIS IS THE

```
 1   SUPERVISOR OF THE DA WHO IS NORMALLY IN HERE.  SHE JUST
 2   SAID SHE'S GOING TO HAVE THIS SPECIALLY ASSIGNED SO WE
 3   CAN GET TO THE BOTTOM OF THIS.
 4            THE DEFENDANT:  I HAVE TO TELL YOU.  I MADE A
 5   REPORT TO FBI IN 1995, AND I MADE A REPORT ON MY UNCLE,
 6   HE'S CORRUPT.  MR. MOORE WAS DOWN THERE.
 7            THE WORLD TRADE CENTER, I AM NOT TAKING DOWN
 8   THE WORLD TRADE CENTER.  MY FAMILY GOT MURDERED, HIS
 9   WIFE AND KIDS, AND THE DOJ TOLD ME, KEEP MY PASSPORT TO
10   MYSELF, I WAS TOLD, I WAS SUPPOSED TO GET DOJ NEW
11   MEXICO TO BE PRESENT --
12            THE COURT:  WE'RE GOING TO GET TO THE BOTTOM
13   OF ALL OF THIS.  SEE YOU NEXT TIME.
14
15                  (END OF PROCEEDINGS 9:54 A.M.)
16
17
18
19
20
21
22
23
24
25
26
27
28
```

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                   FOR THE COUNTY OF LOS ANGELES

 3

 4       DEPARTMENT 134 HON. JAMES R. DABNEY, JUDGE

 5   THE PEOPLE OF THE STATE OF CALIFORNIA,   )
                                              )
 6                 PLAINTIFF,                 )
                                              ) NO. BA480543
 7      VS.                                   )
                                              )
 8   01 - MATTHEW KIERANS,                    )
                                              ) REPORTER'S
 9                 DEFENDANT(S).              ) CERTIFICATE
     _____)
10

11

12

13          I, ELORA DORINI, OFFICIAL COURT REPORTER

14   OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR

15   THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT I DID

16   CORRECTLY REPORT THE PROCEEDINGS CONTAINED HEREIN AND

17   THAT THE FOREGOING PAGES 1 THROUGH 5 COMPRISE A FULL,

18   TRUE, AND CORRECT TRANSCRIPT OF THE PROCEEDINGS AND

19   TESTIMONY TAKEN IN THE MATTER OF THE ABOVE-ENTITLED

20   CAUSE ON DECEMBER 10, 2019.

21

22              EXECUTED THIS DAY, DECEMBER 31, 2024, AT

23   LOS ANGELES, CALIFORNIA.

24
                        _____
25                      ELORA DORINI, CSR NO. 13755

26

27

28
```