```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                   FOR THE COUNTY OF LOS ANGELES

 3                              -oOo-

 4

 5    DEPARTMENT 134           HON. JAMES R. DABNEY, JUDGE

 6   THE PEOPLE OF THE STATE OF CALIFORNIA,    )
                                               )
 7                PLAINTIFF,                   )
                                               )   CASE NO.
 8     VS.                                     )   BA480543
                                               )
 9   01 - MATTHEW KIERANS,                     )
                                               )
10                DEFENDANT(S).                )
     _____)
11

12              REPORTER'S TRANSCRIPT OF PROCEEDINGS

13                  THURSDAY, DECEMBER 19, 2019

14

15

16   APPEARANCES:

17

18   FOR THE PEOPLE:     OFFICE OF THE DISTRICT ATTORNEY
                         BY:  TALHA KHAN, ESQ.
19                       211 WEST TEMPLE STREET
                         SUITE 200
20                       LOS ANGELES, CALIFORNIA  90012

21
     FOR THE DEFENDANT:  ALATERNATE PUBLIC DEFENDER
22                       BY:  SUSANA JUAREZ, ESQ.
                         210 WEST TEMPLE STREET
23                       LOS ANGELES, CALIFORNIA  90012

24

25

26

27                              ELORA DORINI, CSR 13755
                                OFFICIAL COURT REPORTER
28
```

Government Exhibit 14D
Case 23-CR-1020-CJW
SENT

```
 1                    M A S T E R   I N D E X

 2

 3                            SESSIONS

 4                                          PAGE

 5    THURSDAY          DECEMBER 19, 2019
      A.M. SESSION                            3
 6
```

```
 1    CASE NUMBER:             BA480543
 2    CASE NAME:               THE PEOPLE OF THE STATE OF
 3                             CALIFORNIA VERSUS MATTHEW
 4                             KIERANS
 5    LOS ANGELES, CALIFORNIA  THURSDAY, DECEMBER 19, 2019
 6    DEPARTMENT 134           HON. JAMES R. DABNEY
 7    REPORTER:                ELORA DORINI, CSR NO. 13755
 8    TIME:                    A.M. SESSION
 9    APPEARANCES:
10           (DEFENDANT BEING PRESENT IN COURT AND
11         REPRESENTED BY COUNSEL, SUSANA JUAREZ,
12         DEPUTY ALTERNATE PUBLIC DEFENDER, THE
13         PEOPLE BEING REPRESENTED BY TALHA KHAN,
14         DEPUTY DISTRICT ATTORNEY OF
15         LOS ANGELES, STATE OF CALIFORNIA.)
16                      ---OOO---
17
18         THE COURT:  LET'S GO ON THE RECORD ON PEOPLE
19   VERSUS W█████ W███, BA480543.
20         PEOPLE VERSUS KIERANS, ALSO KNOWN AS W███.
21   COUNSEL, APPEARANCES PLEASE.
22         MS. JUAREZ:  SUSANA JUAREZ, DEPUTY ALTERNATE
23   PUBLIC DEFENDER ON BEHALF OF MR. W███.  HE'S PRESENT
24   IN CUSTODY.
25         MR. KHAN:  TALHA KHAN, DA.
26         THE COURT:  BANK RECORDS FROM U.S. BANK.  IT
27   DOESN'T SHOW --
28         MR. KHAN:  IT MUST HAVE BEEN A PEOPLE'S
```

```
 1    SUBPOENA, YOUR HONOR.
 2              THE COURT:  STIPULATE TO CHAIN OF CUSTODY?
 3              MS. JUAREZ:  YES.
 4              THE COURT:  OKAY.
 5              MR. KHAN:  I RECEIVED OUR COPY, AND I'LL
 6    PROVIDE IT TO COUNSEL.
 7              THE COURT:  SO WHAT'S HAPPENING?
 8              MS. JUAREZ:  WELL, YOUR HONOR, WE WERE TRYING
 9    TO SEE IF WE COULD RESOLVE THE MATTER.  IT APPEARS WE
10    CANNOT.  WE'RE ASKING TO GO TO 100 ON DECEMBER 26TH.
11              THE COURT:  OKAY.
12
13                   (COUNSEL AND CLIENT CONFER)
14
15              THE COURT:  CAN I SEE COUNSEL UP HERE?
16              MS. JUAREZ:  YES.
17              MR. KHAN:  YES.
18
19     (A DISCUSSION WAS HELD AT THE BENCH AND NOT REPORTED.)
20
21              THE COURT:  OKAY.  WE'RE COMING BACK ON THE
22    23RD TO SEE IF THIS MATTER SETTLES.  IF NOT, TRIAL WILL
23    BE ON THURSDAY, THE 26TH.
24              THE DEFENDANT:  I PROVIDED DOCUMENTATION THAT
25    THE FBI IN MEXICO IN 1995 AGAINST MATT CORONAS.
26              THE COURT:  THAT'S ALL TRIAL ISSUES.
27              THE DEFENDANT:  BETSY ROSS IS A US CITIZEN.
28    THAT'S ALL COPS.
```

```
 1                  (COUNSEL AND CLIENT CONFER)
 2
 3          THE COURT:   SEE YOU ON THE 26TH.
 4
 5             (END OF PROCEEDINGS 10:59 A.M.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                    FOR THE COUNTY OF LOS ANGELES
 3
 4       DEPARTMENT 134 HON. JAMES R. DABNEY, JUDGE
 5   THE PEOPLE OF THE STATE OF CALIFORNIA,   )
                                              )
 6                    PLAINTIFF,              )
                                              ) NO. BA480543
 7      VS.                                   )
                                              )
 8   01 - MATTHEW KIERANS,                    )
                                              ) REPORTER'S
 9                    DEFENDANT(S).           ) CERTIFICATE
     _____)
10
11
12
13           I, ELORA DORINI, OFFICIAL COURT REPORTER
14   OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR
15   THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT I DID
16   CORRECTLY REPORT THE PROCEEDINGS CONTAINED HEREIN AND
17   THAT THE FOREGOING PAGES 1 THROUGH 5 COMPRISE A FULL,
18   TRUE, AND CORRECT TRANSCRIPT OF THE PROCEEDINGS AND
19   TESTIMONY TAKEN IN THE MATTER OF THE ABOVE-ENTITLED
20   CAUSE ON DECEMBER 19, 2019.
21
22              EXECUTED THIS DAY, DECEMBER 31, 2024, AT
23   LOS ANGELES, CALIFORNIA.
24
25                        _____
                          ELORA DORINI, CSR NO. 13755
26
27
28
```