```
 1           SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                  FOR THE COUNTY OF LOS ANGELES

 3                              -oOo-

 4

 5    DEPARTMENT 134          HON. JAMES R. DABNEY, JUDGE

 6   THE PEOPLE OF THE STATE OF CALIFORNIA,    )
                                               )
 7                 PLAINTIFF,                  )
                                               )  CASE NO.
 8      VS.                                    )  BA480543
                                               )
 9   01 - MATTHEW KIERANS,                     )
                                               )
10                 DEFENDANT(S).               )
     _____)
11

12             REPORTER'S TRANSCRIPT OF PROCEEDINGS

13                   FRIDAY, JANUARY 24, 2020

14

15

16    APPEARANCES:

17

18    FOR THE PEOPLE:    OFFICE OF THE DISTRICT ATTORNEY
                         BY:  CELIA POLITEO, ESQ.
19                       211 WEST TEMPLE STREET
                         SUITE 200
20                       LOS ANGELES, CALIFORNIA  90012

21

22    FOR THE DEFENDANT: ALTERNATE PUBLIC DEFENDER
                         BY:  RICHARD RAMOS, ESQ.
23                       210 WEST TEMPLE STREET
                         LOS ANGELES, CALIFORNIA  90012

24

25

26

27
                              ELORA DORINI, CSR 13755
28                            OFFICIAL COURT REPORTER
```

Government Exhibit 14E
Case 23-CR-1020-CJW
SENT

1                    M A S T E R   I N D E X
2
3                           SESSIONS
4                                          PAGE
5     FRIDAY              JANUARY 24, 2020
      A.M. SESSION                          3
6

```
 1    CASE NUMBER:            BA480543
 2    CASE NAME:              THE PEOPLE OF THE STATE OF
 3                            CALIFORNIA VERSUS MATTHEW
 4                            KIERANS
 5    LOS ANGELES, CALIFORNIA  FRIDAY, JANUARY 24, 2020
 6    DEPARTMENT 134          HON. JAMES R. DABNEY
 7    REPORTER:               ELORA DORINI, CSR NO. 13755
 8    TIME:                   A.M. SESSION
 9    APPEARANCES:
10          (DEFENDANT BEING PRESENT IN COURT AND
11          REPRESENTED BY COUNSEL, RICHARD RAMOS,
12          DEPUTY ALTERNATE PUBLIC DEFENDER, THE
13          PEOPLE BEING REPRESENTED BY CELIA
14          POLITEO, DEPUTY DISTRICT ATTORNEY OF
15          LOS ANGELES, REPRESENTING THE PEOPLE OF
16          THE STATE OF CALIFORNIA.)
17
18                        ---OOO---
19
20          THE COURT:  W▮▮▮▮ W▮▮▮, BA480543 ALSO KNOWN
21   AS KIERANS.
22          MR. RAMOS:  RICHARD RAMOS, ALTERNATE PUBLIC
23   DEFENDER'S OFFICE FOR MR. W▮▮▮.
24          THE COURT:  WE'RE HERE FOR 1370 DETERMINATION.
25   MY UNDERSTANDING IS IT'S GOING TO BE SUBMITTED BASED ON
26   THE REPORT OF DR. KOJIAN, WHICH WAS -- IT'S NOT DATED.
27   BUT IT'S FROM AN EVALUATION DONE ON JANUARY 14TH.
28          IS THAT CORRECT?
```

```
 1              MR. RAMOS:  YES, YOUR HONOR.
 2              THE COURT:  MS. POLITEO, IS THAT CORRECT?
 3              MS. POLITEO:  IF THE COURT COULD REPEAT --
 4              THE COURT:  WE'RE FOR HERE 1370 DETERMINATION,
 5     AND THAT'S BASED ON THE REPORT OF DR. KOJIAN.  HE'S
 6     INCOMPETENT.
 7              MS. POLITEO:  THANK YOU.  SUBMIT.
 8              THE COURT:  SUBMITTED?
 9              MR. RAMOS:  SUBMITTED.
10              THE DEFENDANT:  I'M NOT COMPETENT.
11              THE COURT:  I AGREE.  DEFENDANT IS FOUND
12     INCOMPETENT --
13              THE DEFENDANT:  MAY IT PLEASE THE COURT, IN
14     2014, A GUY WITH A GUN PULLED A GUN ON ME, 10.2 OUNCES
15     OF GOLD.
16              MR. RAMOS:  HOLD ON.
17              THE COURT:  WE'LL GET A HOUSING DETERMINATION
18     FROM CONREP.  SUPPOSED TO BE 15 DAYS.  THAT'S A
19     SATURDAY.  SO WE DON'T DO THAT.  FEBRUARY 10TH.
20              MR. RAMOS:  THANK YOU, YOUR HONOR.
21              THE COURT:  AND LET'S SEE IF WE COULD GET AN
22     ORDER IN TO HAVE A PSYCHIATRIST EVALUATE MR. W███
23     RELATING TO THE NECESSITY OF PSYCHOTROPIC MEDICATION.
24              MR. RAMOS:  YES, YOUR HONOR.  AND MY CLIENT IS
25     AMENDMENT HE'S COMPETENT TO STAND TRIAL.
26              THE DEFENDANT:  I HAVE THIS PROOF.
27              MR. RAMOS:  YOU NEED TO LET ME TALK.  THE PEEK
28     ALLOW IF THE DEFENDANT ASSERTS HE IS COMPETENT CONTRARY
```

```
 1    TO THE FINDINGS OF A DOCTOR, HE'S ENTITLED TO A SECOND
 2    OPINION.
 3            THE COURT:   WE'RE GETTING ONE.   THANK YOU.
 4
 5              (END OF PROCEEDINGS 9:08 A.M.)
```

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                 FOR THE COUNTY OF LOS ANGELES
 3
 4       DEPARTMENT 134 HON. JAMES R. DABNEY, JUDGE
 5   THE PEOPLE OF THE STATE OF CALIFORNIA,    )
                                               )
 6                  PLAINTIFF,                 )
                                               ) NO. BA480543
 7      VS.                                    )
                                               )
 8   01 - MATTHEW KIERANS,                     )
                                               ) REPORTER'S
 9                  DEFENDANT(S).              ) CERTIFICATE
10   _____)
11
12
13           I, ELORA DORINI, OFFICIAL COURT REPORTER
14    OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, FOR
15    THE COUNTY OF LOS ANGELES, DO HEREBY CERTIFY THAT I DID
16    CORRECTLY REPORT THE PROCEEDINGS CONTAINED HEREIN AND
17    THAT THE FOREGOING PAGES 1 THROUGH 5 COMPRISE A FULL,
18    TRUE, AND CORRECT TRANSCRIPT OF THE PROCEEDINGS AND
19    TESTIMONY TAKEN IN THE MATTER OF THE ABOVE-ENTITLED
20    CAUSE ON JANUARY 24, 2020.
21
22             EXECUTED THIS DAY, DECEMBER 31, 2024, AT
23    LOS ANGELES, CALIFORNIA.
24
25                       _____
                         ELORA DORINI, CSR NO. 13755
26
27
28
```