**TRANSCRIBED FROM DIGITAL RECORDING**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

   vs.                         No. CR23-1020-CJW

MATTHEW DAVID KEIRANS,       TRANSCRIPT OF
                             PLEA TAKING

       Defendant.
_____/

       The Plea Taking held before the Honorable
Mark A. Roberts, Magistrate Judge of the United States
District Court for the Northern District of Iowa, at the
Federal Courthouse, 111 Seventh Avenue Southeast, Cedar
Rapids, Iowa, April 1, 2024, commencing at 9:58 a.m.

APPEARANCES

For the Plaintiff:     TIMOTHY LAWRENCE VAVRICEK, ESQ.
                     Assistant United States Attorney
                     111 Seventh Avenue Southeast
                     Cedar Rapids, IA 52401

For the Defendant:     CHRISTOPHER J. NATHAN, ESQ.
                     Assistant Federal Defender
                     Suite 290
                     222 Third Avenue Southeast
                     Cedar Rapids, IA 52401

Transcribed from      Shelly Semmler, RDR, CRR
digital recording by: 320 Sixth Street
                     Sioux City, IA 51101
                     (712) 233-3846

1    (The following transcript was prepared from a digital

2  recording.)

3                           *  *  *  *

4                   P R O C E E D I N G S

5         THE COURT:  Please be seated.  The case now

6  before the Court is the United States versus Matthew

7  David Keirans, Number 23-CR-1020.  The United States is

8  represented by Assistant United States Attorney Tim

9  Vavricek.  The defendant is here in person with his

10  attorney, Christopher Nathan.  And the matter comes on

11  for a change of plea.

12     Mr. Keirans, you've been charged by an indictment

13  that has seven counts.  Counts 1 through 5 charge you

14  with false statement to a National Credit Union

15  Administration insured institution.  Counts 6 and 7

16  charge you with aggravated identity theft.  Have you

17  received a copy of the indictment?

18         THE DEFENDANT:  I have, Your Honor.

19         THE COURT:  Have you had an opportunity to

20  discuss the charges in detail with Mr. Nathan?

21         THE DEFENDANT:  I have, Your Honor.

22         THE COURT:  I understand that you intend to

23  plead guilty to Counts 5 and 7 this morning.  Is that

24  correct?

25         THE DEFENDANT:  Yes, Your Honor.

1        THE COURT: I'm a United States magistrate

2  judge, and your case has also been assigned to a United

3  States District Court judge. You have the right to have

4  a district court judge preside over your guilty plea

5  proceeding. I can preside over the hearing today but

6  only with your voluntary consent. Is it agreeable with

7  you that I preside over this hearing?

8        THE DEFENDANT: Yes, Your Honor.

9        THE COURT: Let the record also reflect that at

10  the beginning of the hearing this morning I was provided

11  a written consent to proceed before a magistrate judge,

12  and it looks like it was signed by Mr. Keirans and

13  Mr. Nathan.

14    So, Mr. Keirans, with your consent, I will preside

15  over the hearing today. During our hearing I need to ask

16  you some questions, and your answers need to be under

17  oath. So at this point I'm going to ask you to please

18  raise your right hand as best you can.

19        MATTHEW KEIRANS, DEFENDANT, SWORN

20        THE COURT: You can put your hand down now.

21  You're now under oath. If you knowingly lie or make a

22  false statement, the government could charge you with the

23  crimes of perjury or making a false statement. And if

24  you're convicted of one of those offenses, you could be

25  sentenced to a period of imprisonment and fined. Do you

1  understand that?

2          THE DEFENDANT:  I do, Your Honor.

3          THE COURT:  It's important then that you answer

4  my questions truthfully because if you were to lie or

5  make a false statement today, the government could use

6  that very statement against you to charge you with those

7  offenses.  Do you understand that?

8          THE DEFENDANT:  I do, Your Honor.

9          THE COURT:  Now, the first few questions I have

10 for you, it's not my desire to pry, but I want to be sure

11 that you're in a mental state today where you can

12 voluntarily and knowingly enter a guilty plea.

13     Would you please state your full name.

14         THE DEFENDANT:  Matthew David Keirans.

15         THE COURT:  How old are you, Mr. Keirans?

16         THE DEFENDANT:  I am 58, Your Honor.

17         THE COURT:  How far have you gone in school?

18         THE DEFENDANT:  To the best of my recollection,

19 I believe it was sophomore in high school, sir.

20         THE COURT:  Do you have any difficulty reading

21 or understanding the English language?

22         THE DEFENDANT:  I do not, Your Honor.

23         THE COURT:  Have you ever suffered from

24 depression, anxiety, or any other mental illness?

25         THE DEFENDANT:  At various periods in my life I

```
 1   was depressed, but it was very -- what's the term? --

 2   passing, sir.

 3           THE COURT:  Do you think there's anything about

 4   that mental health condition that might affect your

 5   ability to understand the proceedings here today?

 6           THE DEFENDANT:  I do not, Your Honor.

 7           THE COURT:  Have you ever used illegal drugs or

 8   abused alcohol?

 9           THE DEFENDANT:  I quit drinking five years ago

10   because I felt it was an unhealthy situation for me, and

11   I desired not to go down that path.  I have used illegal

12   drugs but probably not in the last 30 years, Your Honor.

13           THE COURT:  Do you think anything about your

14   prior drug or alcohol use might affect your ability to

15   understand the proceedings here today?

16           THE DEFENDANT:  I do not, Your Honor.

17           THE COURT:  Are you taking any medications or

18   prescription drugs for any mental or physical condition?

19           THE DEFENDANT:  I currently take metformin

20   because I'm a type 2 diabetic, and I take a statin

21   which -- for my heart which is -- because I'm a diabetic,

22   that's recommended to take a statin for -- to prevent

23   heart issues, sir.

24           THE COURT:  Do you think any of that medication

25   would affect your ability to understand these
```

1  proceedings?

2          THE DEFENDANT:  I do not, Your Honor.

3          THE COURT:  Can you think of any reason

4  whatsoever that you might have difficulty understanding

5  these proceedings?

6          THE DEFENDANT:  I do not, Your Honor.

7          THE COURT:  It is important that you understand

8  everything that we do here today, so if there's something

9  you don't understand, would you please stop and let me

10 know?

11         THE DEFENDANT:  I will do that, Your Honor.

12 Thank you.

13         THE COURT:  Also we are not in a hurry, so if

14 you want to stop and visit with Mr. Nathan about anything

15 that comes up, we'll make time for the two of you to

16 visit privately.

17     Mr. Nathan, do you have any reason to believe that

18 Mr. Keirans is not competent to enter a guilty plea?

19         MR. NATHAN:  No, Your Honor.

20         THE COURT:  At this point, Mr. Keirans, I need

21 to talk to you about all the rights you will be giving up

22 if you do plead guilty today.

23     And first, of course, you don't have to plead guilty

24 today.  You could go forward and have a jury trial if you

25 prefer.  Do you understand that?

1          THE DEFENDANT:  I understand that, Your Honor.

2          THE COURT:  You also have the right to have a

3    lawyer help and represent you during every stage of your

4    case.  In this case the Court appointed Mr. Nathan to

5    represent you, and if you wanted to go to trial and fight

6    these charges, he would continue to represent you all the

7    way through that trial at no expense to you.  Do you

8    understand your right to an attorney?

9          THE DEFENDANT:  I understand, Your Honor.

10          THE COURT:  Have you been generally satisfied

11   with the services provided by Mr. Nathan?

12          THE DEFENDANT:  I've been extremely satisfied,

13   Your Honor.

14          THE COURT:  I'm glad to hear that.

15       You also have the right to have a speedy and public

16   trial before a jury of 12 people selected from a

17   cross-section of the community.  Both you and Mr. Nathan

18   would have a role in selecting the people who would serve

19   on your jury, and those jurors would swear under oath to

20   try your case fairly based only on the evidence admitted

21   at trial and based on the law given to them by the judge.

22   So any verdict by the jury would have to be unanimous,

23   and that just means that all 12 people on that jury would

24   have to agree on the verdict.  Do you understand your

25   right to a jury trial?

1          THE DEFENDANT:  I understand, Your Honor.

2          THE COURT:  There's also a presumption of

3   innocence.  And that means if your case went to trial,

4   the judge would tell the jury that you're presumed

5   innocent of these charges, and that presumption of

6   innocence could only be overcome if the government

7   produced evidence that proved your guilt beyond a

8   reasonable doubt.  In fact, the trial judge would tell

9   the jury that that presumption of innocence alone could

10  be enough for you to be found not guilty.  Do you

11  understand that?

12         THE DEFENDANT:  I understand that, Your Honor.

13         THE COURT:  You also have the right to

14  confrontation.  That means if your case went to trial,

15  the government would have to call its witnesses here in

16  open court.  You'd have a right to see those witnesses,

17  and they could see you.  You wouldn't have to confront

18  the government's witnesses if you didn't want to, but if

19  you wanted to challenge their testimony, you could do so

20  by having Mr. Nathan cross-examine them.

21      But if you plead guilty here today, Mr. Keirans,

22  you'll be giving up your right to confront witnesses on

23  these charges.  Do you understand that?

24         THE DEFENDANT:  I understand that, Your Honor.

25         THE COURT:  You also have the right to present

a defense.  So in a criminal case like this, the burden
of proof is always on the government, and it would never
shift to you.  So if your case went to trial, you
wouldn't have to produce any evidence if you didn't want
to.  But if you wanted to present a defense, you could.
So, for example, you could call witnesses or you could
offer exhibits into evidence.  And if you couldn't afford
to have witnesses served with subpoenas or you couldn't
afford to have those witnesses travel here to the
courthouse, I'd make the government pay those expenses
for you.

    But again, Mr. Keirans, if you plead guilty here
today, you'll be giving up your right to present a
defense to these charges.  Do you understand that?

        THE DEFENDANT:  I understand that, Your Honor.

        THE COURT:  Then finally, you have the right to
remain silent.  You could testify at your trial if you
wanted to, but you wouldn't have to testify, and nobody
could make you testify.  And if you chose not to testify,
the prosecutor wouldn't say anything about that to the
jury, and the judge would instruct the jurors that they
could not take into account in any way or even discuss
among themselves the fact that you did not testify in
arriving at the verdict.  Do you understand that?

        THE DEFENDANT:  I understand that, Your Honor.

1          THE COURT:  In summary, if you plead guilty

2     here today, there will be no trial.  You'll be found

3     guilty based on your plea just as if there had been a

4     trial and just as if a jury had deliberated and returned

5     a guilty verdict against you.  Do you understand that?

6          THE DEFENDANT:  That has been explained to me

7     by Mr. Nathan.  I understand that, Your Honor.

8          THE COURT:  Very good.  Now, before I can

9     recommend that the district court judge accept your

10    guilty plea, I need to be satisfied that you are, in

11    fact, guilty as charged in the indictment.  And for you

12    to be found guilty of false statement to a National

13    Credit Union Administration insured institution as

14    charged in Count 5 of the indictment, the government

15    would have to prove 3 things beyond a reasonable doubt.

16    It looks like you have those in front of you.  Is that

17    right?

18         THE DEFENDANT:  That is correct, Your Honor.

19         THE COURT:  Good.  It's always helpful to read

20    along.  I'm going to read each of these twice.  The first

21    time I read one, I'll just make sure that you understand

22    it.  Then I'll read it again and ask you if it's true.

23         So with respect to Count 5, the first thing the

24    government would have to prove beyond a reasonable doubt

25    is that on or about May 23 of 2022 here in the Northern

1  District of Iowa you knowingly made a false statement to

2  Credit Union Number 1, which we'll call CU 1,

3  specifically that your name was W.W.  Do you understand

4  the first thing the government would have to prove?

5            THE DEFENDANT:  I do understand that, Your

6  Honor.

7            THE COURT:  That W.W. is obviously just an

8  abbreviation usually for a victim or something.  But you

9  know who W.W. -- what that stands for?

10           THE DEFENDANT:  Yes, Your Honor, I understand.

11           THE COURT:  Is it true that on or about May 23

12  of 2022 in the Northern District of Iowa you knowingly

13  made a false statement to CU 1, specifically that your

14  name was W.W.?  Is that true?

15           THE DEFENDANT:  That is correct, Your Honor.

16           THE COURT:  Then second, the government would

17  have to prove that you made the false statement for the

18  purpose of influencing the action of CU 1 upon an

19  application for a loan ending in 8848 and in the amount

20  of $27,182.24.  Do you understand the second thing the

21  government would have to prove?

22           THE DEFENDANT:  I understand that, Your Honor.

23           THE COURT:  Is it true that you made the false

24  statement for the purpose of influencing the action of

25  CU 1 upon an application for a loan ending in 8848 and in

1  the amount of $27,182.24?

2          THE DEFENDANT:  That is correct, Your Honor.

3          THE COURT:  Then finally on Count 5, the

4  government would have to prove that CU 1 was insured by

5  the National Credit Union Administration at the time that

6  the statement was made.  Do you understand the third

7  thing the government would have to prove?

8          THE DEFENDANT:  I understand that, Your Honor.

9          THE COURT:  And is it true that CU 1 was

10  insured by the National Credit Union Administration at

11  the time the statement was made?

12          THE DEFENDANT:  I -- I'm going to assume since

13  it's there and that is correct, Your Honor.  I do not

14  know for a fact, but I'm assuming it is correct, Your

15  Honor.

16          THE COURT:  And that's fair enough.  Let's find

17  out just to be sure.

18      I assume there's something, Mr. Vavricek, in the

19  discovery file that would support the fact that CU 1 was

20  insured by the National Credit Union Administration?

21          MR. VAVRICEK:  There is, and it's also publicly

22  available on that credit union's website.

23          THE COURT:  Might be even on the door as

24  someone walked in.

25          MR. VAVRICEK:  I believe so.

 1          THE COURT:  It's hard -- okay.  And,

 2   Mr. Nathan, I suppose you've looked at the discovery file

 3   and determined that that element is satisfactorily

 4   proved?

 5          MR. NATHAN:  Yes, Your Honor.

 6          THE COURT:  All right.  Then we'll accept that

 7   one as proven or supportable by the discovery anyway.

 8      Let's turn then to the elements of Count 7 which

 9   charges you with aggravated identity theft, Mr. Keirans.

10   And for that the government would have to prove 5 things

11   beyond a reasonable doubt, the first being that on or

12   about May 23 of 2022 in the Northern District of Iowa you

13   knowingly used a means of identification, that is, a

14   Social Security number and a date of birth.  Do you

15   understand the first thing the government would have to

16   prove?

17          THE DEFENDANT:  I do, Your Honor.

18          THE COURT:  Is it true that on or about May 23,

19   2022, in the Northern District of Iowa you knowingly used

20   a means of identification, that is, a Social Security

21   number and a date of birth?

22          THE DEFENDANT:  That is correct, Your Honor.

23          THE COURT:  Second, the government would have

24   to prove that you knew that the means of identification

25   belonged to another person, W.W.  Do you understand the

1  second thing the government would have to prove?

2          THE DEFENDANT:  I do understand, Your Honor.

3          THE COURT:  Is it true that you knew that the

4  means of identification belonged to another person?

5          THE DEFENDANT:  That is correct, Your Honor.

6          THE COURT:  Third, the government would have to

7  prove that you used the means of identification without

8  lawful authority.  Do you understand the third thing the

9  government would have to prove?

10          THE DEFENDANT:  I understand, Your Honor.

11          THE COURT:  Is it true that you used the means

12  of identification without lawful authority?

13          THE DEFENDANT:  That is correct, Your Honor.

14          THE COURT:  Fourth, the government would have

15  to prove that you knew that you used the means of

16  identification without lawful authority.  Do you

17  understand the fourth thing the government would have to

18  prove?

19          THE DEFENDANT:  I do understand, Your Honor.

20          THE COURT:  Is it true that you knew that you

21  used the means of identification without lawful

22  authority?

23          THE DEFENDANT:  That is correct, Your Honor.

24          THE COURT:  And then finally, the government

25  would have to prove that you used the means of

identification during and in relation to the crime of

false statement to a National Credit Union Administration

insured institution as charged in Count 5 of the

indictment that we just went through.  Do you understand

the fifth thing the government would have to prove?

THE DEFENDANT:  I understand, Your Honor.

THE COURT:  Is it true that you used the means

of identification during and in relation to the crime of

false statement to a National Credit Union Administration

insured institution as charged in Count 5 of the

indictment?

THE DEFENDANT:  That is correct, Your Honor.

THE COURT:  Now, the parties have entered into

a plea agreement in this case.  It's in the form of a

March 24, 2024, letter to Mr. Nathan from Mr. Vavricek,

and it's been marked as Government's Exhibit Number 1.

Is that being offered into evidence at this point?

MR. VAVRICEK:  Yes, Your Honor.

                    *   *   *   *

(Government Exhibit 1 was offered.)

                    *   *   *   *

THE COURT:  Any objection?

MR. NATHAN:  No, Your Honor.

THE COURT:  Government's Exhibit 1 is admitted.

                    *   *   *   *

           1                    (Government Exhibit 1 was admitted.)

           2                              *    *    *    *

           3                    THE COURT:  Mr. Keirans, do you have a copy of

           4        that in front of you?

           5                    THE DEFENDANT:  I do, Your Honor.

           6                    THE COURT:  Could I ask you to turn with me to

           7        the back of Exhibit 1, the plea agreement -- I guess it's

           8        not the last page but the second to the last page --

           9        where you'll see someone has typed your name and a

          10        signature line, and on that signature line I see a

          11        signature dated March 28 of this year.  Is that your

          12        signature?

          13                    THE DEFENDANT:  Yes, Your Honor, that is my

          14        signature.

          15                    THE COURT:  Did you review this plea agreement

          16        in its entirety and in detail with Mr. Nathan before you

          17        signed it?

          18                    THE DEFENDANT:  I did.  Me and Mr. Nathan

          19        reviewed that before I signed it, sir.

          20                    THE COURT:  And by signing it, did you intend

          21        to indicate that you read, understood, and agreed to the

          22        terms of the plea agreement?

          23                    THE DEFENDANT:  That is correct, Your Honor.

          24                    THE COURT:  Now, I don't need for you to tell

          25        me what you might have been discussing, but do you feel

that you had plenty of time to discuss this plea

agreement in detail with Mr. Nathan before you signed it?

    THE DEFENDANT:  We discussed it multiple times,

and I believe that I had plenty of time to discuss and

understand the agreement before I signed it, sir.

    THE COURT:  Do you also feel that you had

plenty of time to ask him questions about it before you

signed it?

    THE DEFENDANT:  Yes, sir, definitely.

    THE COURT:  Was Mr. Nathan able to answer any

questions that you had to your satisfaction?

    THE DEFENDANT:  More than to my satisfaction,

Your Honor.

    THE COURT:  As we sit here today, do you have

any questions whatsoever about the agreement you reached

with the government?

    THE DEFENDANT:  I do not have any questions,

Your Honor.

    THE COURT:  That agreement does call for the

dismissal of the other charges that you're not pleading

to here today.  1 through 4 and 6, I guess, are the

remaining ones.  That would have to be approved by the

district court judge.  That usually happens at the time

of sentencing, and if the judge does not for whatever

reason agree to dismiss those charges, then at that point

1  you'd be permitted to withdraw your guilty plea to Counts

2  5 and 7 if you like.  Do you understand that?

3        THE DEFENDANT:  I understand that, Your Honor.

4        THE COURT:  Then could I ask you to please turn

5  with me in the plea agreement to page 3?  There's a

6  section there that starts with paragraph 9 called

7  Stipulation of Facts, and it continues with subparagraphs

8  A through QQ, QQ I guess, and that -- all the way up on

9  page 14, and next to each of those paragraphs are some

10  blanks with some initials that might be M.D.K.

11  handwritten there.  Are those your handwritten initials

12  in each of those places?

13        THE DEFENDANT:  Yes, it is, Your Honor.

14        THE COURT:  And by placing your initials there,

15  did you intend to indicate that the information contained

16  in those paragraphs is true and correct?

17        THE DEFENDANT:  I do, Your Honor.

18        THE COURT:  Then throughout the plea agreement,

19  wherever I see paragraphs that have those blanks, I see

20  those same initials.  Are those your initials in each of

21  those places?

22        THE DEFENDANT:  Yes, Your Honor.

23        THE COURT:  By placing your initial there, did

24  you intend to indicate that you read, understood, and

25  agreed to the terms of each of those paragraphs?

```
1              THE DEFENDANT:  Yes, Your Honor.  Any questions
2    I had Mr. Nathan answered --
3              THE COURT:  Very --
4              THE DEFENDANT:  -- plenty to my satisfaction,
5    Your Honor.
6              THE COURT:  Very good.
7         Mr. Vavricek, did I accurately describe the elements
8    of the charges?
9              MR. VAVRICEK:  Yes, Your Honor.
10             THE COURT:  And have I established an adequate
11   factual basis for the guilty pleas?
12             MR. VAVRICEK:  Yes, Your Honor.
13             THE COURT:  Mr. Nathan, do you think that
14   Mr. Keirans understands the elements of the charges
15   against him?
16             MR. NATHAN:  Yes, Your Honor.
17             THE COURT:  Have I established an adequate
18   factual basis for the pleas?
19             MR. NATHAN:  Yes, Your Honor.
20             THE COURT:  Have you had full access to the
21   government's discovery materials?
22             MR. NATHAN:  Yes, Your Honor.
23             THE COURT:  Do you believe they support a
24   factual basis for the guilty pleas?
25             MR. NATHAN:  Yes, Your Honor.
```

1          THE COURT:  Do you know of any possible defense

2    to the charges which you have not considered and

3    discussed with Mr. Keirans?

4          MR. NATHAN:  No, Your Honor.

5          THE COURT:  At this point, Mr. Keirans, I need

6    to visit with you about the penalties that apply in this

7    case, though I know they won't come as a surprise because

8    they're covered by your plea agreement.  I just want to

9    make sure that you understand what you're facing.

10         Count 5 of the indictment is punishable by the

11   following maximum penalties:  First, not more than 30

12   years' imprisonment without the possibility of parole;

13   second, a fine of not more than 1 million dollars; third,

14   a mandatory special assessment of $100; and, fourth, a

15   term of supervised release of up to 5 years.

16         Count 7 of the indictment is punishable by the

17   following penalties:  A mandatory minimum sentence of 2

18   years' imprisonment without the possibility of parole;

19   second, a fine of not more than $250,000; third, a

20   mandatory special assessment of $100; fourth, a term of

21   supervised release of up to 1 year.

22         The 2-year prison sentence imposed on Count 7 must

23   run consecutively to any prison sentence imposed on Count

24   5.

25         Mr. Vavricek?

1          MR. VAVRICEK:  Yes, Your Honor.

2          THE COURT:  I don't see a maximum sentence on

3    Count 7.  Am I missing that or . . .

4          MR. VAVRICEK:  No, Your Honor.  It's a straight

5    two-year term consecutive.

6          THE COURT:  There's -- just maybe it's the way

7    it's worded here it's throwing me off.  It says there's a

8    mandatory minimum sentence of two years' imprisonment

9    without the possibility of parole.  Then I'd normally see

10   a maximum sentence of how many years.  That doesn't apply

11   here?

12         MR. VAVRICEK:  No, Your Honor.  I shouldn't

13   have used the word minimum.  I should have just said

14   mandatory sentence of two years consecutive to all other

15   counts which in this case is just Count 5.

16         THE COURT:  All right.  So that makes a lot

17   more sense to me then.  Let me go back over this one just

18   to get it straight in my mind if not your mind,

19   Mr. Keirans.

20        Count 7 of the indictment is punishable by the

21   following penalties:  A mandatory sentence of 2 years'

22   imprisonment without the possibility of parole; a fine of

23   not more than $250,000; third, a mandatory special

24   assessment of $100; and, fourth, a term of supervised

25   release of up to 1 year.  And that 2-year prison sentence

imposed on Count 7 must be run consecutively to any
prison sentence imposed on Count 5.

And I assume everybody probably knows what
consecutively means, but I explain it anyway, and I don't
mean to insult your intelligence.  It just means if
they're consecutive, they run one after the other so
you're in prison for a longer period of time.  Does that
make sense to you?

THE DEFENDANT:  Yes, Your Honor, I understand
that.

THE COURT:  Okay.  I also advise you that the
alternative fine provisions in the code, the maximum fine
that may be imposed on you for each count is the greatest
of the following amounts:  First, twice the gross gain to
you resulting from the offense; second, twice the gross
loss resulting from the offense; third, $250,000; and,
fourth, the amount specified in the section defining the
offense.

Do you understand the minimum and maximum penalties
which may be imposed in this case?

THE DEFENDANT:  I do understand that, Your
Honor.

THE COURT:  At the time of sentencing, the
judge will perform a calculation under the federal
sentencing guidelines that are issued by the United

1  States Sentencing Commission.  That calculation will

2  result in what's called an advisory guideline range.

3  Now, that's just a range of months within which the

4  commission suggests that the judge should sentence you

5  based on your crime and your background.  The judge has

6  to consider that advisory range in determining your

7  sentence, but the judge is not required to sentence you

8  within that range.  That means the judge could give you

9  more time or less time by departing upward or downward

10  from that advisory range based on factors listed in the

11  sentencing guidelines and the sentencing statutes.

12      So it's important for you to understand,

13  Mr. Keirans, that the sentence ultimately imposed by the

14  judge in your case could be different from what those

15  guidelines suggest that it should be, and it could be

16  different from what Mr. Nathan may have estimated or

17  predicted that you would receive, and it could be all the

18  way up to the statutory maximum sentence which in this

19  case is 30 years' imprisonment without the possibility of

20  parole followed by the mandatory 2-year sentence that the

21  judge has to impose on Count 7.

22      To be clear, the 30-year applies to Count 5 and the

23  2-year applies to Count 7.  So I guess the ultimate max

24  you could be facing would be 32 years without parole.  Do

25  you understand all of that?

1    THE DEFENDANT:  I understand that, Your Honor.

2    THE COURT:  You should understand that you will

3    be in custody for all of any prison sentence you receive

4    reduced only by credit that you might earn for good

5    behavior while you're in prison.  You can earn some time

6    off your sentence for good behavior, but you won't be

7    seeing a parole board or be paroled early out of prison

8    because there is no parole in the federal court system.

9    Do you understand that?

10    THE DEFENDANT:  I understand that, Your Honor.

11    THE COURT:  Are you a U.S. citizen?

12    THE DEFENDANT:  I am a U.S. citizen, Your

13    Honor.

14    THE COURT:  This is a felony offense, so as a

15    result of your conviction, you'll lose the right to vote,

16    to hold public office, to serve on a jury, and to possess

17    firearms and ammunition.  Do you understand the loss of

18    citizenship rights associated with a felony conviction?

19    THE DEFENDANT:  I understand that, Your Honor.

20    THE COURT:  I mentioned that after you've

21    served your prison sentence you'll be placed on

22    supervised release.  In this case it could be for up to

23    five years.  During that time your conduct will be

24    monitored by a United States probation officer.

25    At the time of sentencing, the judge will impose

1   certain conditions on your supervised release, and there
2   are some standard conditions that apply in everybody's
3   case, things like you can't commit a federal, state, or a
4   local crime, and you can't possess or use controlled
5   substances.  It's likely that the judge will impose some
6   other conditions on you as well.
7       So it's important for you to understand,
8   Mr. Keirans, while you're on supervised release, you have
9   to comply with all of the terms of that supervised
10  release because if you violate any of them, the judge
11  could revoke your supervised release and send you back to
12  prison for all of the time you would otherwise be on
13  supervised release, and the judge doesn't have to give
14  you credit for time that you might have served on
15  supervised release without having any violations.  Do you
16  understand all that?
17          THE DEFENDANT:  I understand that, Your Honor.
18          THE COURT:  As a result of this conviction,
19  you'll be required -- and as part of your plea agreement,
20  I should say, you'll be required to pay restitution to
21  any victims in this case.  Do you understand that?
22          THE DEFENDANT:  I understand that, Your Honor.
23          THE COURT:  Mr. Vavricek, are you aware of
24  other collateral consequences that could arise as a
25  result of the guilty plea that you'd like me to discuss

1  with Mr. Keirans?

2          MR. VAVRICEK:  No, Your Honor.

3          THE COURT:  Mr. Keirans, if you plead guilty

4  today, I'll order a presentence investigation.  A

5  probation officer will conduct a thorough investigation

6  of your case and your background to draft a presentence

7  investigation report.  It's my understanding that might

8  take about 70 days.  And that could be a bit of a quiet

9  period during your case, but you shouldn't worry that the

10 probation office has forgotten about it.  It just takes a

11 while to get it put together.

12     When you get a copy, it's important that you go over

13 it carefully with Mr. Nathan and that you point out any

14 errors or omissions you might see so he can bring those

15 to the attention of the probation office and get them

16 corrected because at the time of sentencing, the judge

17 will rely heavily on that report to determine the most

18 appropriate sentence for you.  So it's really in your

19 interest to work carefully with Mr. Nathan to -- and make

20 sure it's as accurate as it can be.

21     Now, when that report's final, the court will

22 schedule your sentencing hearing.  And at that hearing

23 both you and the government can present evidence, and

24 you'll be given a chance to talk directly to the judge,

25 and you can tell the judge anything you think is

```
1   important to consider in determining your sentence.  Do
2   you have any questions about the sentencing procedures
3   that would follow a guilty plea in this case?
4              THE DEFENDANT:  I do not have any questions,
5   Your Honor.
6              THE COURT:  Both you and the government have
7   the right to appeal the sentence to the Eighth Circuit
8   Court of Appeals.  Do you have any questions regarding
9   your right to appeal?
10             THE DEFENDANT:  I do not, Your Honor.
11             THE COURT:  Mr. Keirans, if you plead guilty
12  and the district court judge then accepts your guilty
13  pleas, you'll have no right to withdraw those pleas later
14  even if you change your mind or even if you're unhappy
15  with the sentence ultimately imposed by the judge.  Do
16  you understand that?
17             THE DEFENDANT:  I understand that, Your Honor.
18             THE COURT:  Has anyone forced, pressured, or
19  threatened you in any way to get you to plead guilty or
20  made any promises to get you to plead guilty other than
21  what's in your plea agreement?
22             THE DEFENDANT:  No, Your Honor.  I -- just
23  what's in the plea agreement, sir.
24             THE COURT:  Mr. Nathan, do you believe a guilty
25  plea in this case would be voluntary?
```

          1          MR. NATHAN:  Yes, Your Honor.

          2          THE COURT:  Do you know of any legal reason why

          3  the plea should not be accepted?

          4          MR. NATHAN:  No, Your Honor.

          5          THE COURT:  Do you know of anything the Court

          6  has omitted which could affect the validity of the plea?

          7          MR. NATHAN:  No, Your Honor.

          8          THE COURT:  Mr. Vavricek, do you know of

          9  anything the Court has omitted which could affect the

         10  validity of the plea?

         11          MR. VAVRICEK:  No, Your Honor.

         12          THE COURT:  Well, Mr. Keirans, I know we've

         13  covered a lot of information this morning, and I do want

         14  to take just a minute to be sure that you understood it

         15  all so you don't come back next week or next month or

         16  next year and say that you didn't understand something or

         17  that somebody forced or pressured you to plead guilty.

         18  Have you been able to understand everything we've talked

         19  about?

         20          THE DEFENDANT:  I've understood everything

         21  you've said, Your Honor.  Thank you.

         22          THE COURT:  Do you have any questions about any

         23  of it?

         24          THE DEFENDANT:  I do not, Your Honor.

         25          THE COURT:  Has anybody forced or pressured you

1  to plead guilty?

2          THE DEFENDANT:  No, Your Honor.

3          THE COURT:  Is your decision to plead guilty a

4  voluntary decision?

5          THE DEFENDANT:  In conjunction with speaking

6  with my wife, sir, yes, Your Honor, it is a voluntary

7  decision.

8          THE COURT:  Then formally and for the record,

9  how do you plead to Count 5 of the indictment which

10 charges you with the crime of false statement to a

11 National Credit Union Administration insured institution?

12 Guilty or not guilty?

13         THE DEFENDANT:  I plead guilty, Your Honor.

14         THE COURT:  Formally and for the record, how do

15 you plead to Count 7 of the indictment which charges you

16 with the crime of aggravated identity theft?  Guilty or

17 not guilty?

18         THE DEFENDANT:  I plead guilty, Your Honor.

19         THE COURT:  The record will reflect that the

20 defendant has pleaded guilty to Counts 5 and 7 of the

21 indictment.

22     I find that the defendant is competent, he fully

23 understands the charges against him, there's a factual

24 basis for his pleas, he knows the minimum and maximum

25 punishments that could be imposed on the charge, and he

1  knows his jury rights and has voluntarily waived those

2  rights.

3      I further find that the defendant's decision to

4  plead guilty was voluntary, knowing, and not the result

5  of any force, pressure, threats, or promises other than

6  the promises made by the government in the plea

7  agreement.

8      Therefore, I conclude the defendant should be found

9  guilty based on his pleas of guilty.

10      I will sign and file a report and recommendation

11  recommending that the district court judge accept the

12  defendant's guilty pleas.  The parties will have 14 days

13  from the filing of that report to file objections to it.

14  If no objection is made, then the district court judge

15  may accept my recommendation and the defendant's guilty

16  plea by simply entering a written order doing so.

17      I hereby order a presentence investigation.

18      And, Mr. Keirans, as I mentioned, the court will

19  schedule your sentencing hearing at a later date.  And in

20  the meantime you'll remain detained.  Do you have any

21  questions about anything we've discussed here today?

22          THE DEFENDANT:  I do not, Your Honor.

23  Mr. Nathan has been quite good in filling me in on any

24  questions I had, sir.

25          THE COURT:  Very good.  Good luck to you.

1    Mr. Vavricek, anything further on behalf of the

2    United States?

3              MR. VAVRICEK:  No, Your Honor.

4              THE COURT:  And, Mr. Nathan, anything else on

5    behalf of Mr. Keirans?

6              MR. NATHAN:  No, Your Honor.

7              THE COURT:  All right.  Thank you all.  That

8    will conclude our hearing.

9              (The foregoing plea was

10             concluded at 10:30 a.m.)

11                         * * * *

12    (This concludes the transcript of the audio recording.)

13

14

15

16

17

18

19                       CERTIFICATE

20        I certify that the foregoing is a correct

21   transcript from the digital recording of proceedings in

22   the above-entitled matter to the best of my ability,

23   given the limitation of using a digital recording system.

24      S/Shelly Semmler                2-14-25
         Shelly Semmler, RDR, CRR          Date
25

**$**

**$100** [3] - 20:14, 20:20, 21:24
**$250,000** [3] - 20:19, 21:23, 22:16
**$27,182.24** [2] - 11:20, 12:1

**1**

**1** [19] - 1:12, 2:13, 11:2, 11:13, 11:18, 11:25, 12:4, 12:9, 12:19, 15:16, 15:20, 15:24, 16:1, 16:7, 17:21, 20:13, 20:21, 21:25
**10:30** [1] - 31:10
**111** [2] - 1:11, 1:15
**12** [2] - 7:16, 7:23
**14** [2] - 18:9, 30:12

**2**

**2** [3] - 5:20, 20:17, 21:21
**2-14-25** [1] - 31:24
**2-year** [4] - 20:22, 21:25, 23:20, 23:23
**2022** [4] - 10:25, 11:12, 13:12, 13:19
**2024** [2] - 1:12, 15:15
**222** [1] - 1:18
**23** [4] - 10:25, 11:11, 13:12, 13:18
**23-CR-1020** [1] - 2:7
**233-3846** [1] - 1:21
**24** [1] - 15:15
**28** [1] - 16:11
**290** [1] - 1:18

**3**

**3** [2] - 10:15, 18:5
**30** [3] - 5:12, 20:11, 23:19
**30-year** [1] - 23:22
**32** [1] - 23:24
**320** [1] - 1:20

**4**

**4** [1] - 17:21

**5**

**5** [17] - 2:13, 2:23, 10:14, 10:23, 12:3, 13:10, 15:3, 15:10,

23:6, 23:10
**affect** [5] - 5:4, 5:14, 5:25, 28:6, 28:9
**afford** [2] - 9:7, 9:9
**aggravated** [3] - 2:16, 13:9, 29:16
**ago** [1] - 5:9
**agree** [2] - 7:24, 17:25
**agreeable** [1] - 3:6
**agreed** [2] - 16:21, 18:25
**agreement** [15] - 15:14, 16:7, 16:15, 16:22, 17:2, 17:5, 17:15, 17:19, 18:5, 18:18, 20:8, 25:19, 27:21, 27:23, 30:7
**alcohol** [2] - 5:8, 5:14
**alone** [1] - 8:9
**alternative** [1] - 22:12
**AMERICA** [1] - 1:4
**ammunition** [1] - 24:17
**amount** [3] - 11:19, 12:1, 22:17
**amounts** [1] - 22:14
**answer** [2] - 4:3, 17:10
**answered** [1] - 19:2
**answers** [1] - 3:16
**anxiety** [1] - 4:24
**anyway** [2] - 13:7, 22:4
**appeal** [2] - 27:7, 27:9
**Appeals** [1] - 27:8
**APPEARANCES** [1] - 1:13
**application** [2] - 11:19, 11:25
**applies** [2] - 23:22, 23:23
**apply** [3] - 20:6, 21:10, 25:2
**appointed** [1] - 7:4
**appropriate** [1] - 26:18
**approved** [1] - 17:22
**April** [1] - 1:12
**arise** [1] - 25:24
**arriving** [1] - 9:24
**assessment** [3] - 20:14, 20:20, 21:24
**assigned** [1] - 3:2
**Assistant** [3] - 1:15, 1:17, 2:8
**associated** [1] - 24:18
**assume** [3] - 12:12, 12:18, 22:3
**assuming** [1] - 12:14
**attention** [1] - 26:15
**Attorney** [2] - 1:15,

**6**

**6** [2] - 2:15, 17:21

**7**

**7** [13] - 2:15, 2:23, 13:8, 18:2, 20:16, 20:22, 21:3, 21:20, 22:1, 23:21, 23:23, 29:15, 29:20
**70** [1] - 26:8
**712** [1] - 1:21

**8**

**8848** [2] - 11:19, 11:25

**9**

**9** [1] - 18:6
**9:58** [1] - 1:12

**A**

**a.m** [2] - 1:12, 31:10
**abbreviation** [1] - 11:8
**ability** [4] - 5:5, 5:14, 5:25, 31:22
**able** [2] - 17:10, 28:18
**above-entitled** [1] - 31:22
**abused** [1] - 5:8
**accept** [4] - 10:9, 13:6, 30:11, 30:15
**accepted** [1] - 28:3
**accepts** [1] - 27:12
**access** [1] - 19:20
**account** [1] - 9:22
**accurate** [1] - 26:20
**accurately** [1] - 19:7
**action** [2] - 11:18, 11:24
**adequate** [2] - 19:10, 19:17
**Administration** [8] - 2:15, 10:13, 12:5, 12:10, 12:20, 15:2, 15:9, 29:11
**admitted** [3] - 7:20, 15:24, 16:1
**advise** [1] - 22:11
**advisory** [3] - 23:2,

2:8
**attorney** [2] - 2:10, 7:8
**audio** [1] - 31:12
**authority** [4] - 14:8, 14:12, 14:16, 14:22
**available** [1] - 12:22
**Avenue** [3] - 1:11, 1:15, 1:18
**aware** [1] - 25:23

**B**

**background** [2] - 23:5, 26:6
**based** [6] - 7:20, 7:21, 10:3, 23:5, 23:10, 30:9
**basis** [4] - 19:11, 19:18, 19:24, 29:24
**beginning** [1] - 3:10
**behalf** [2] - 31:1, 31:5
**behavior** [2] - 24:5, 24:6
**belonged** [2] - 13:25, 14:4
**best** [3] - 3:18, 4:18, 31:22
**beyond** [4] - 8:7, 10:15, 10:24, 13:11
**birth** [2] - 13:14, 13:21
**bit** [1] - 26:8
**blanks** [2] - 18:10, 18:19
**board** [1] - 24:7
**bring** [1] - 26:14
**burden** [1] - 9:1

**C**

**calculation** [2] - 22:24, 23:1
**carefully** [2] - 26:13, 26:19
**case** [22] - 2:5, 3:2, 7:4, 7:20, 8:3, 8:14, 9:1, 9:3, 15:14, 20:7, 21:15, 22:20, 23:14, 23:19, 24:22, 25:3, 25:21, 26:6, 26:9, 27:3, 27:25
**Cedar** [3] - 1:11, 1:16, 1:19
**certain** [1] - 25:1
**CERTIFICATE** [1] - 31:19
**certify** [1] - 31:20
**challenge** [1] - 8:19
**chance** [1] - 26:24
**change** [2] - 2:11, 27:14

**charge** [5] - 2:13, 2:16, 3:22, 4:6, 29:25
**charged** [5] - 2:12, 10:11, 10:14, 15:3, 15:10
**charges** [14] - 2:20, 7:6, 8:5, 8:23, 9:14, 13:9, 17:20, 17:25, 19:8, 19:14, 20:2, 29:10, 29:15, 29:23
**chose** [1] - 9:19
**CHRISTOPHER** [1] - 1:17
**Christopher** [1] - 2:10
**Circuit** [1] - 27:7
**citizen** [2] - 24:11, 24:12
**citizenship** [1] - 24:18
**City** [1] - 1:21
**clear** [1] - 23:22
**code** [1] - 22:12
**collateral** [1] - 25:24
**commencing** [1] - 1:12
**Commission** [1] - 23:1
**commission** [1] - 23:4
**commit** [1] - 25:3
**community** [1] - 7:17
**competent** [2] - 6:18, 29:22
**comply** [1] - 25:9
**conclude** [2] - 30:8, 31:8
**concluded** [1] - 31:10
**concludes** [1] - 31:12
**condition** [2] - 5:4, 5:18
**conditions** [3] - 25:1, 25:2, 25:6
**conduct** [2] - 24:23, 26:5
**confront** [2] - 8:17, 8:22
**confrontation** [1] - 8:14
**conjunction** [1] - 29:5
**consecutive** [3] - 21:5, 21:14, 22:6
**consecutively** [3] - 20:23, 22:1, 22:4
**consent** [3] - 3:6, 3:11, 3:14
**consequences** [1] - 25:24
**consider** [2] - 23:6, 27:1
**considered** [1] - 20:2
**contained** [1] - 18:15

**continue** [1] - 7:6
**continues** [1] - 18:7
**controlled** [1] - 25:4
**convicted** [1] - 3:24
**conviction** [3] - 24:15, 24:18, 25:18
**copy** [3] - 2:17, 16:3, 26:12
**correct** [14] - 2:24, 10:18, 11:15, 12:2, 12:13, 12:14, 13:22, 14:5, 14:13, 14:23, 15:12, 16:23, 18:16, 31:20
**corrected** [1] - 26:16
**Count** [20] - 10:14, 10:23, 12:3, 13:8, 15:3, 15:10, 20:10, 20:16, 20:22, 20:23, 21:3, 21:15, 21:20, 22:1, 22:2, 23:21, 23:22, 23:23, 29:9, 29:15
**count** [1] - 22:13
**counts** [2] - 2:13, 21:15
**Counts** [5] - 2:13, 2:15, 2:23, 18:1, 29:20
**course** [1] - 6:23
**COURT** [105] - 1:2, 2:5, 2:19, 2:22, 3:1, 3:9, 3:20, 4:3, 4:9, 4:15, 4:17, 4:20, 4:23, 5:3, 5:7, 5:13, 5:17, 5:24, 6:3, 6:7, 6:13, 6:20, 7:2, 7:10, 7:14, 8:2, 8:13, 8:25, 9:16, 10:1, 10:8, 10:19, 11:7, 11:11, 11:16, 11:23, 12:3, 12:9, 12:16, 12:23, 13:1, 13:6, 13:18, 13:23, 14:3, 14:6, 14:11, 14:14, 14:20, 14:24, 15:7, 15:13, 15:22, 15:24, 16:3, 16:6, 16:15, 16:20, 16:24, 17:6, 17:10, 17:14, 17:19, 18:4, 18:14, 18:18, 18:23, 19:3, 19:6, 19:10, 19:13, 19:17, 19:20, 19:23, 20:1, 20:5, 21:2, 21:6, 21:16, 22:11, 22:23, 24:2, 24:11, 24:14, 24:20, 25:18, 25:23, 26:3, 27:6, 27:11, 27:18, 27:24, 28:2, 28:5,

28:8, 28:12, 28:22, 28:25, 29:3, 29:8, 29:14, 29:19, 30:25, 31:4, 31:7
**court** [10] - 3:4, 8:16, 10:9, 17:23, 24:8, 26:21, 27:12, 30:11, 30:14, 30:18
**Court** [7] - 1:11, 2:6, 3:3, 7:4, 27:8, 28:5, 28:9
**courthouse** [1] - 9:10
**Courthouse** [1] - 1:11
**covered** [2] - 20:8, 28:13
**CR23-1020-CJW** [1] - 1:6
**credit** [2] - 12:22, 24:4, 25:14
**Credit** [9] - 2:14, 10:13, 11:2, 12:5, 12:10, 12:20, 15:2, 15:9, 29:11
**crime** [6] - 15:1, 15:8, 23:5, 25:4, 29:10, 29:16
**crimes** [1] - 3:23
**criminal** [1] - 9:1
**cross** [2] - 7:17, 8:20
**cross-examine** [1] - 8:20
**cross-section** [1] - 7:17
**CRR** [2] - 1:20, 31:24
**CU** [7] - 11:2, 11:13, 11:18, 11:25, 12:4, 12:9, 12:19
**custody** [1] - 24:3

# D

**Date** [1] - 31:24
**date** [3] - 13:14, 13:21, 30:19
**dated** [1] - 16:11
**DAVID** [1] - 1:7
**David** [2] - 2:7, 4:14
**days** [2] - 26:8, 30:12
**decision** [4] - 29:3, 29:4, 29:7, 30:3
**DEFENDANT** [79] - 2:18, 2:21, 2:25, 3:8, 3:19, 4:2, 4:8, 4:14, 4:16, 4:18, 4:22, 4:25, 5:6, 5:9, 5:16, 5:19, 6:2, 6:6, 6:11, 7:1, 7:9, 7:12, 8:1, 8:12, 8:24, 9:15, 9:25, 10:6, 10:18, 11:5, 11:10, 11:15,

11:22, 12:2, 12:8, 12:12, 13:17, 13:22, 14:2, 14:5, 14:10, 14:13, 14:19, 14:23, 15:6, 15:12, 16:5, 16:13, 16:18, 16:23, 17:3, 17:9, 17:12, 17:17, 18:3, 18:13, 18:17, 18:22, 19:1, 19:4, 22:9, 22:21, 24:1, 24:10, 24:12, 24:19, 25:17, 25:22, 27:4, 27:10, 27:17, 27:22, 28:20, 28:24, 29:2, 29:5, 29:13, 29:18, 30:22
**defendant** [4] - 2:9, 29:20, 29:22, 30:8
**Defendant** [2] - 1:8, 1:17
**defendant's** [3] - 30:3, 30:12, 30:15
**Defender** [1] - 1:17
**defense** [4] - 9:1, 9:5, 9:14, 20:1
**defining** [1] - 22:17
**definitely** [1] - 17:9
**deliberated** [1] - 10:4
**departing** [1] - 23:9
**depressed** [1] - 5:1
**depression** [1] - 4:24
**describe** [1] - 19:7
**desire** [1] - 4:10
**desired** [1] - 5:11
**detail** [3] - 2:20, 16:16, 17:2
**detained** [1] - 30:20
**determine** [1] - 26:17
**determined** [1] - 13:3
**determining** [2] - 23:6, 27:1
**diabetic** [2] - 5:20, 5:21
**different** [2] - 23:14, 23:16
**difficulty** [2] - 4:20, 6:4
**digital** [4] - 1:20, 2:1, 31:21, 31:23
**DIGITAL** [1] - 1:1
**directly** [1] - 26:24
**discovery** [4] - 12:19, 13:2, 13:7, 19:21
**discuss** [5] - 2:20, 9:22, 17:1, 17:4, 25:25
**discussed** [3] - 17:3, 20:3, 30:21
**discussing** [1] - 16:25
**dismiss** [1] - 17:25

**dismissal** [1] - 17:20
**DISTRICT** [2] - 1:2, 1:2
**district** [6] - 3:4, 10:9, 17:23, 27:12, 30:11, 30:14
**District** [7] - 1:11, 3:3, 11:1, 11:12, 13:12, 13:19
**DIVISION** [1] - 1:3
**dollars** [1] - 20:13
**door** [1] - 12:23
**doubt** [4] - 8:8, 10:15, 10:24, 13:11
**down** [2] - 3:20, 5:11
**downward** [1] - 23:9
**draft** [1] - 26:6
**drinking** [1] - 5:9
**drug** [1] - 5:14
**drugs** [3] - 5:7, 5:12, 5:18
**DUBUQUE** [1] - 1:3
**during** [6] - 3:15, 7:3, 15:1, 15:8, 24:23, 26:9

# E

**early** [1] - 24:7
**earn** [2] - 24:4, 24:5
**EASTERN** [1] - 1:3
**Eighth** [1] - 27:7
**element** [1] - 13:3
**elements** [3] - 13:8, 19:7, 19:14
**ending** [2] - 11:19, 11:25
**English** [1] - 4:21
**enter** [2] - 4:12, 6:18
**entered** [1] - 15:13
**entering** [1] - 30:16
**entirety** [1] - 16:16
**entitled** [1] - 31:22
**errors** [1] - 26:14
**ESQ** [2] - 1:14, 1:17
**established** [2] - 19:10, 19:17
**estimated** [2] - 23:16
**evidence** [6] - 7:20, 8:7, 9:4, 9:7, 15:17, 26:23
**examine** [1] - 8:20
**example** [1] - 9:6
**Exhibit** [5] - 15:16, 15:20, 15:24, 16:1, 16:7
**exhibits** [1] - 9:7
**expense** [1] - 7:7
**expenses** [1] - 9:10
**explain** [1] - 22:4
**explained** [1] - 10:6

**extremely** [1] - 7:12

# F

**facing** [2] - 20:9, 23:24
**fact** [5] - 8:8, 9:23, 10:11, 12:14, 12:19
**factors** [1] - 23:10
**Facts** [1] - 18:7
**factual** [4] - 19:11, 19:18, 19:24, 29:23
**fair** [1] - 12:16
**fairly** [1] - 7:20
**false** [12] - 2:14, 3:22, 3:23, 4:5, 10:12, 11:1, 11:13, 11:17, 11:23, 15:2, 15:9, 29:10
**far** [1] - 4:17
**Federal** [2] - 1:11, 1:17
**federal** [3] - 22:24, 24:8, 25:3
**felony** [2] - 24:14, 24:18
**felt** [1] - 5:10
**few** [1] - 8:8
**fifth** [1] - 15:5
**fight** [1] - 7:5
**file** [4] - 12:19, 13:2, 30:10, 30:13
**filing** [1] - 30:13
**filling** [1] - 30:23
**final** [1] - 26:21
**finally** [3] - 9:16, 12:3, 14:24
**fine** [5] - 20:13, 20:19, 21:22, 22:12
**fined** [1] - 3:25
**firearms** [1] - 24:17
**first** [9] - 4:9, 6:23, 10:20, 10:23, 11:4, 13:11, 13:15, 20:11, 22:14
**five** [2] - 5:9, 24:23
**follow** [1] - 27:3
**followed** [1] - 23:20
**following** [5] - 2:1, 20:11, 20:17, 21:21, 22:14
**FOR** [1] - 1:2
**force** [1] - 30:5
**forced** [3] - 27:18, 28:17, 28:25
**foregoing** [2] - 31:9, 31:20
**forgotten** [1] - 26:10
**form** [1] - 15:14
**formally** [2] - 29:8,

29:14
**forward** [1] - 6:24
**fourth** [6] - 14:14, 14:17, 20:14, 20:20, 21:24, 22:17
**FROM** [1] - 1:1
**front** [2] - 10:16, 16:4
**full** [2] - 4:13, 19:20
**fully** [1] - 29:22

## G

**gain** [1] - 22:14
**generally** [1] - 7:10
**given** [3] - 7:21, 26:24, 31:23
**glad** [1] - 7:14
**Government** [2] - 15:20, 16:1
**government** [27] - 3:22, 4:5, 8:6, 8:15, 9:2, 9:10, 10:14, 10:24, 11:4, 11:16, 11:21, 12:4, 12:7, 13:10, 13:15, 13:23, 14:1, 14:6, 14:9, 14:14, 14:17, 14:24, 15:5, 17:16, 26:23, 27:6, 30:6
**government's** [2] - 8:18, 19:21
**Government's** [2] - 15:16, 15:24
**greatest** [1] - 22:13
**gross** [2] - 22:14, 22:15
**guess** [4] - 16:7, 17:21, 18:8, 23:23
**guideline** [1] - 23:2
**guidelines** [3] - 22:25, 23:11, 23:15
**guilt** [1] - 8:7
**guilty** [41] - 2:23, 3:4, 4:12, 6:18, 6:22, 6:23, 8:10, 8:21, 9:12, 10:1, 10:3, 10:5, 10:10, 10:11, 10:12, 18:1, 19:11, 19:24, 25:25, 26:3, 27:3, 27:11, 27:12, 27:19, 27:20, 27:24, 28:17, 29:1, 29:3, 29:12, 29:13, 29:16, 29:17, 29:18, 29:20, 30:4, 30:9, 30:12, 30:15

## H

**hand** [2] - 3:18, 3:20

**handwritten** [2] - 18:11
**hard** [1] - 13:1
**health** [1] - 5:4
**hear** [1] - 7:14
**hearing** [9] - 3:5, 3:7, 3:10, 3:15, 26:22, 30:19, 31:8
**heart** [2] - 5:21, 5:23
**heavily** [1] - 26:17
**held** [1] - 1:10
**help** [1] - 7:3
**helpful** [1] - 10:19
**hereby** [1] - 30:17
**high** [1] - 4:19
**hold** [1] - 24:16
**Honor** [93] - 2:18, 2:21, 2:25, 3:8, 4:2, 4:8, 4:16, 4:22, 5:6, 5:12, 5:16, 6:2, 6:6, 6:11, 6:19, 7:1, 7:9, 7:13, 8:1, 8:12, 8:24, 9:15, 9:25, 10:7, 10:18, 11:6, 11:10, 11:15, 11:22, 12:2, 12:8, 12:13, 12:15, 13:5, 13:17, 13:22, 14:2, 14:5, 14:10, 14:13, 14:19, 14:23, 15:6, 15:12, 15:18, 15:23, 16:5, 16:13, 16:23, 17:13, 17:18, 18:3, 18:13, 18:17, 18:22, 19:1, 19:5, 19:9, 19:12, 19:16, 19:19, 19:22, 19:25, 20:4, 21:1, 21:4, 21:12, 22:9, 22:22, 24:1, 24:10, 24:13, 24:19, 25:17, 25:22, 26:2, 27:5, 27:10, 27:17, 27:22, 28:1, 28:4, 28:7, 28:11, 28:21, 28:24, 29:2, 29:6, 29:13, 29:18, 30:22, 31:3, 31:6
**Honorable** [1] - 1:10
**hurry** [1] - 6:13

## I

**IA** [3] - 1:16, 1:19, 1:21
**identification** [10] - 13:13, 13:20, 13:24, 14:4, 14:7, 14:12, 14:16, 14:21, 15:1, 15:8
**identity** [3] - 2:16, 13:9, 29:16
**illegal** [2] - 5:7, 5:11

**illness** [1] - 4:24
**important** [6] - 4:3, 6:7, 23:12, 25:7, 26:12, 27:1
**impose** [3] - 23:21, 24:25, 25:5
**imposed** [9] - 20:22, 20:23, 22:1, 22:2, 22:13, 22:20, 23:13, 27:15, 29:25
**imprisonment** [4] - 3:25, 20:12, 20:18, 21:8, 21:22, 23:19
**IN** [1] - 1:2
**indicate** [3] - 16:21, 18:15, 18:24
**indictment** [12] - 2:12, 2:17, 10:11, 10:14, 15:4, 15:11, 20:10, 20:16, 21:20, 29:9, 29:15, 29:21
**influencing** [2] - 11:18, 11:24
**information** [2] - 18:15, 28:13
**initial** [1] - 18:23
**initials** [5] - 18:10, 18:11, 18:14, 18:20
**innocence** [3] - 8:3, 8:6, 8:9
**innocent** [1] - 8:5
**institution** [5] - 2:15, 10:13, 15:3, 15:10, 29:11
**instruct** [1] - 9:21
**insult** [1] - 22:5
**insured** [8] - 2:15, 10:13, 12:4, 12:10, 12:20, 15:3, 15:10, 29:11
**intelligence** [1] - 22:5
**intend** [4] - 2:22, 16:20, 18:15, 18:24
**interest** [1] - 26:19
**investigation** [4] - 26:4, 26:5, 26:7, 30:17
**IOWA** [1] - 1:2
**Iowa** [6] - 1:11, 1:12, 11:1, 11:12, 13:12, 13:19
**issued** [1] - 22:25
**issues** [1] - 5:23

## J

**judge** [29] - 3:2, 3:3, 3:4, 3:11, 7:21, 8:4, 8:8, 9:21, 10:9, 17:23, 17:24, 22:24,

23:4, 23:5, 23:7, 23:8, 23:14, 23:21, 24:25, 25:5, 25:10, 25:13, 26:16, 26:24, 26:25, 27:12, 27:15, 30:11, 30:14
**Judge** [1] - 1:10
**jurors** [2] - 7:19, 9:21
**jury** [12] - 6:24, 7:16, 7:19, 7:22, 7:23, 7:25, 8:4, 8:9, 9:21, 10:4, 24:16, 30:1

## K

**Keirans** [24] - 2:7, 2:12, 3:12, 3:14, 4:14, 4:15, 6:18, 6:20, 8:21, 9:12, 13:9, 16:3, 19:14, 20:3, 20:5, 21:19, 23:13, 25:8, 26:1, 26:3, 27:11, 28:12, 30:18, 31:5
**KEIRANS** [2] - 1:7, 3:19
**knowing** [1] - 30:4
**knowingly** [6] - 3:21, 4:12, 11:1, 11:12, 13:13, 13:19
**knows** [3] - 22:3, 29:24, 30:1

## L

**language** [1] - 4:21
**last** [3] - 5:12, 16:8
**law** [1] - 7:21
**lawful** [4] - 14:8, 14:12, 14:16, 14:21
**LAWRENCE** [1] - 1:14
**lawyer** [1] - 7:3
**legal** [1] - 28:2
**less** [1] - 23:9
**letter** [1] - 15:15
**lie** [2] - 3:21, 4:4
**life** [1] - 4:25
**likely** [1] - 25:5
**limitation** [1] - 31:23
**line** [2] - 16:10
**listed** [1] - 23:10
**loan** [2] - 11:19, 11:25
**local** [1] - 25:4
**looked** [1] - 13:2
**looks** [2] - 3:12, 10:16
**lose** [1] - 24:15
**loss** [2] - 22:16, 24:17
**luck** [1] - 30:25

## M

**M.D.K** [1] - 18:10
**Magistrate** [1] - 1:10
**magistrate** [2] - 3:1, 3:11
**mandatory** [8] - 20:14, 20:17, 20:20, 21:8, 21:14, 21:21, 21:23, 23:20
**March** [2] - 15:15, 16:11
**Mark** [1] - 1:10
**marked** [1] - 15:16
**materials** [1] - 19:21
**matter** [2] - 2:10, 31:22
**MATTHEW** [2] - 1:7, 3:19
**Matthew** [2] - 2:6, 4:14
**max** [1] - 23:23
**maximum** [7] - 20:11, 21:2, 21:10, 22:12, 22:19, 23:18, 29:24
**mean** [1] - 22:5
**means** [16] - 7:23, 8:3, 8:14, 13:13, 13:20, 13:24, 14:4, 14:7, 14:11, 14:15, 14:21, 14:25, 15:7, 22:4, 22:5, 23:8
**meantime** [1] - 30:20
**medication** [1] - 5:24
**medications** [1] - 5:17
**mental** [4] - 4:11, 4:24, 5:4, 5:18
**mentioned** [2] - 24:20, 30:18
**metformin** [1] - 5:19
**might** [10] - 5:4, 5:14, 6:4, 12:23, 16:25, 18:10, 24:4, 25:14, 26:7, 26:14
**million** [1] - 20:13
**mind** [3] - 21:18, 27:14
**minimum** [5] - 20:17, 21:8, 21:13, 22:19, 29:24
**minute** [1] - 28:14
**missing** [1] - 21:3
**monitored** [1] - 24:24
**month** [1] - 28:15
**months** [1] - 23:3
**morning** [3] - 2:23, 3:10, 28:13
**most** [1] - 26:17
**MR** [23] - 6:19, 12:21, 12:25, 13:5, 15:18, 15:23, 19:9, 19:12,

19:16, 19:19, 19:22, 19:25, 20:4, 21:1, 21:4, 21:12, 26:2, 28:1, 28:4, 28:7, 28:11, 31:3, 31:6
**multiple** [1] - 17:3
**must** [2] - 20:22, 22:1

## N

**name** [4] - 4:13, 11:3, 11:14, 16:9
**NATHAN** [13] - 1:17, 6:19, 13:5, 15:23, 19:16, 19:19, 19:22, 19:25, 20:4, 28:1, 28:4, 28:7, 31:6
**Nathan** [24] - 2:10, 2:20, 3:13, 6:14, 6:17, 7:4, 7:11, 7:17, 8:20, 10:7, 13:2, 15:15, 16:16, 16:18, 17:2, 17:10, 19:2, 19:13, 23:16, 26:13, 26:19, 27:24, 30:23, 31:4
**National** [8] - 2:14, 10:12, 12:5, 12:10, 12:20, 15:2, 15:9, 29:11
**need** [6] - 3:15, 3:16, 6:20, 10:10, 16:24, 20:5
**never** [1] - 9:2
**next** [4] - 18:9, 28:15, 28:16
**nobody** [1] - 9:18
**normally** [1] - 21:9
**NORTHERN** [1] - 1:2
**Northern** [5] - 1:11, 10:25, 11:12, 13:12, 13:19
**Number** [3] - 2:7, 11:2, 15:16
**number** [2] - 13:14, 13:21

## O

**oath** [3] - 3:17, 3:21, 7:19
**objection** [2] - 15:22, 30:14
**objections** [1] - 30:13
**obviously** [1] - 11:7
**OF** [3] - 1:2, 1:4, 1:7
**offense** [4] - 22:15, 22:16, 22:18, 24:14
**offenses** [3] - 3:24, 4:7

**offer** [1] - 9:7
**offered** [2] - 15:17, 15:20
**office** [3] - 24:16, 26:10, 26:15
**officer** [2] - 24:24, 26:5
**old** [1] - 4:15
**omissions** [1] - 26:14
**omitted** [2] - 28:6, 28:9
**one** [5] - 3:24, 10:21, 13:7, 21:17, 22:6
**ones** [1] - 17:22
**open** [1] - 8:16
**opportunity** [1] - 2:19
**order** [3] - 26:4, 30:16, 30:17
**otherwise** [1] - 25:12
**overcome** [1] - 8:6

## P

**page** [4] - 16:8, 18:5, 18:9
**paragraph** [1] - 18:6
**paragraphs** [4] - 18:9, 18:16, 18:19, 18:25
**parole** [8] - 20:12, 20:18, 21:9, 21:22, 23:20, 23:24, 24:7, 24:8
**paroled** [1] - 24:7
**part** [1] - 25:19
**parties** [2] - 15:13, 30:12
**passing** [1] - 5:2
**path** [1] - 5:11
**pay** [2] - 9:10, 25:20
**penalties** [5] - 20:6, 20:11, 20:17, 21:21, 22:19
**people** [3] - 7:16, 7:18, 7:23
**perform** [1] - 22:24
**period** [3] - 3:25, 22:7, 26:9
**periods** [1] - 4:25
**perjury** [1] - 3:23
**permitted** [1] - 18:1
**person** [3] - 2:9, 13:25, 14:4
**physical** [1] - 5:18
**placed** [1] - 24:21
**places** [2] - 18:12, 18:21
**placing** [2] - 18:14, 18:23
**Plaintiff** [2] - 1:5, 1:14
**plea** [27] - 2:11, 3:4,

4:12, 6:18, 10:3, 10:10, 15:14, 16:7, 16:15, 16:22, 17:1, 18:1, 18:5, 18:18, 20:8, 25:19, 25:25, 27:3, 27:21, 27:23, 27:25, 28:3, 28:6, 28:10, 30:6, 30:16, 31:9
**PLEA** [1] - 1:7
**Plea** [1] - 1:10
**plead** [18] - 2:23, 6:22, 6:23, 8:21, 9:12, 10:1, 26:3, 27:11, 27:19, 27:20, 28:17, 29:1, 29:3, 29:9, 29:13, 29:15, 29:18, 30:4
**pleaded** [1] - 29:20
**pleading** [1] - 17:20
**pleas** [8] - 19:11, 19:18, 19:24, 27:13, 29:24, 30:9, 30:12
**plenty** [4] - 17:1, 17:4, 17:7, 19:4
**point** [6] - 3:17, 6:20, 15:17, 17:25, 20:5, 26:13
**possess** [2] - 24:16, 25:4
**possibility** [5] - 20:12, 20:18, 21:9, 21:22, 23:19
**possible** [1] - 20:1
**predicted** [1] - 23:17
**prefer** [1] - 6:25
**prepared** [1] - 2:1
**prescription** [1] - 5:18
**present** [4] - 8:25, 9:5, 9:13, 26:23
**presentence** [3] - 26:4, 26:6, 30:17
**preside** [4] - 3:4, 3:5, 3:7, 3:14
**pressure** [1] - 30:5
**pressured** [3] - 27:18, 28:17, 28:25
**presumed** [1] - 8:4
**presumption** [3] - 8:2, 8:5, 8:9
**prevent** [1] - 5:22
**prison** [10] - 20:22, 20:23, 21:25, 22:2, 22:7, 24:3, 24:5, 24:7, 24:21, 25:12
**privately** [1] - 6:16
**probation** [4] - 24:24, 26:5, 26:10, 26:15
**procedures** [1] - 27:2
**proceed** [1] - 3:11

**proceeding** [1] - 3:5
**proceedings** [5] - 5:5, 5:15, 6:1, 6:5, 31:21
**produce** [1] - 9:4
**produced** [1] - 8:7
**promises** [3] - 27:20, 30:5, 30:6
**proof** [1] - 9:2
**prosecutor** [1] - 9:20
**prove** [17] - 10:15, 10:24, 11:4, 11:17, 11:21, 12:4, 12:7, 13:10, 13:16, 13:24, 14:1, 14:7, 14:9, 14:15, 14:18, 14:25, 15:5
**proved** [2] - 8:7, 13:4
**proven** [1] - 13:7
**provided** [2] - 3:10, 7:11
**provisions** [1] - 22:12
**pry** [1] - 4:10
**public** [2] - 7:15, 24:16
**publicly** [1] - 12:21
**punishable** [3] - 20:10, 20:16, 21:20
**punishments** [1] - 29:25
**purpose** [2] - 11:18, 11:24
**put** [2] - 3:20, 26:11

## Q

**QQ** [2] - 18:8
**questions** [14] - 3:16, 4:4, 4:9, 17:7, 17:11, 17:15, 17:17, 19:1, 27:2, 27:4, 27:8, 28:22, 30:21, 30:24
**quiet** [1] - 26:8
**quit** [1] - 5:9
**quite** [1] - 30:23

## R

**raise** [1] - 3:18
**range** [5] - 23:2, 23:3, 23:6, 23:8, 23:10
**Rapids** [3] - 1:12, 1:16, 1:19
**RDR** [2] - 1:20, 31:24
**reached** [1] - 17:15
**read** [6] - 10:19, 10:20, 10:21, 10:22, 16:21, 18:24
**reading** [1] - 4:20
**really** [1] - 26:18
**reason** [4] - 6:3, 6:17,

17:25, 28:2
**reasonable** [4] - 8:8, 10:15, 10:24, 13:11
**receive** [2] - 23:17, 24:3
**received** [1] - 2:17
**recollection** [1] - 4:18
**recommend** [1] - 10:9
**recommendation** [2] - 30:10, 30:15
**recommended** [1] - 5:22
**recommending** [1] - 30:11
**record** [4] - 3:9, 29:8, 29:14, 29:19
**RECORDING** [1] - 1:1
**recording** [5] - 1:20, 2:2, 31:12, 31:21, 31:23
**reduced** [1] - 24:4
**reflect** [2] - 3:9, 29:19
**regarding** [1] - 27:8
**relation** [2] - 15:1, 15:8
**release** [10] - 20:15, 20:21, 21:25, 24:22, 25:1, 25:8, 25:10, 25:11, 25:13, 25:15
**rely** [1] - 26:17
**remain** [2] - 9:17, 30:20
**remaining** [1] - 17:22
**report** [4] - 26:7, 26:17, 30:10, 30:13
**report's** [1] - 26:21
**represent** [2] - 7:3, 7:5, 7:6
**represented** [1] - 2:8
**required** [3] - 23:7, 25:19, 25:20
**respect** [1] - 10:23
**restitution** [1] - 25:20
**result** [5] - 23:2, 24:15, 25:18, 25:25, 30:4
**resulting** [2] - 22:15, 22:16
**returned** [1] - 10:4
**review** [1] - 16:15
**reviewed** [1] - 16:19
**revoke** [1] - 25:11
**rights** [4] - 6:21, 24:18, 30:1, 30:2
**Roberts** [1] - 1:10
**role** [1] - 7:18
**run** [3] - 20:23, 22:1, 22:6

## S

**s/Shelly** [1] - 31:24
**satisfaction** [3] - 17:11, 17:12, 19:4
**satisfactorily** [1] - 13:3
**satisfied** [3] - 7:10, 7:12, 10:10
**schedule** [2] - 26:22, 30:19
**school** [2] - 4:17, 4:19
**seated** [1] - 2:5
**second** [8] - 11:16, 11:20, 13:23, 14:1, 16:8, 20:13, 20:19, 22:15
**section** [3] - 7:17, 18:6, 22:17
**Security** [2] - 13:14, 13:20
**see** [9] - 8:16, 8:17, 16:9, 16:10, 18:19, 21:2, 21:9, 26:14
**seeing** [1] - 24:7
**selected** [1] - 7:16
**selecting** [1] - 7:18
**Semmler** [3] - 1:20, 31:24, 31:24
**send** [1] - 25:11
**sense** [2] - 21:17, 22:8
**sentence** [23] - 20:17, 20:22, 20:23, 21:2, 21:8, 21:10, 21:14, 21:21, 21:25, 22:2, 23:4, 23:7, 23:13, 23:18, 23:20, 24:3, 24:6, 24:21, 26:18, 27:1, 27:7, 27:15
**sentenced** [1] - 3:25
**sentencing** [10] - 17:24, 22:23, 22:25, 23:11, 24:25, 26:16, 26:22, 27:2, 30:19
**Sentencing** [1] - 23:1
**serve** [2] - 7:18, 24:16
**served** [3] - 9:8, 24:21, 25:14
**services** [1] - 7:11
**seven** [1] - 2:13
**Seventh** [2] - 1:11, 1:15
**Shelly** [2] - 1:20, 31:24
**shift** [1] - 9:3
**sign** [1] - 30:10
**signature** [5] - 16:10, 16:11, 16:12, 16:14
**signed** [6] - 3:12, 16:17, 16:19, 17:2, 17:5, 17:8
**signing** [1] - 16:20
**silent** [1] - 9:17
**simply** [1] - 30:16
**Sioux** [1] - 1:21
**sit** [1] - 17:14
**situation** [1] - 5:10
**Sixth** [1] - 1:20
**Social** [2] - 13:14, 13:20
**someone** [2] - 12:24, 16:9
**sophomore** [1] - 4:19
**Southeast** [3] - 1:11, 1:15, 1:18
**speaking** [1] - 29:5
**special** [3] - 20:14, 20:20, 21:23
**specifically** [2] - 11:3, 11:13
**specified** [1] - 22:17
**speedy** [1] - 7:15
**stage** [1] - 7:3
**standard** [1] - 25:2
**stands** [1] - 11:9
**starts** [1] - 18:6
**state** [3] - 4:11, 4:13, 25:3
**statement** [15] - 2:14, 3:22, 3:23, 4:5, 4:6, 10:12, 11:1, 11:13, 11:17, 11:24, 12:6, 12:11, 15:2, 15:9, 29:10
**STATES** [2] - 1:2, 1:4
**States** [10] - 1:10, 1:15, 2:6, 2:7, 2:8, 3:1, 3:3, 23:1, 24:24, 31:2
**statin** [2] - 5:20, 5:22
**statutes** [1] - 23:11
**statutory** [1] - 23:18
**Stipulation** [1] - 18:7
**stop** [2] - 6:9, 6:14
**straight** [2] - 21:4, 21:18
**Street** [1] - 1:20
**subparagraphs** [1] - 18:7
**subpoenas** [1] - 9:8
**substances** [1] - 25:5
**suffered** [1] - 4:23
**suggest** [1] - 23:15
**suggests** [1] - 23:4
**Suite** [1] - 1:18
**summary** [1] - 10:1
**supervised** [10] - 20:15, 20:21, 21:24, 24:22, 25:1, 25:8, 25:9, 25:11, 25:13, 25:15
**support** [2] - 12:19, 19:23
**supportable** [1] - 13:7
**suppose** [1] - 13:2
**surprise** [1] - 20:7
**swear** [1] - 7:19
**SWORN** [1] - 3:19
**system** [2] - 24:8, 31:23

## T

**TAKING** [1] - 1:7
**term** [5] - 5:1, 20:15, 20:20, 21:5, 21:24
**terms** [3] - 16:22, 18:25, 25:9
**testify** [5] - 9:17, 9:18, 9:19, 9:23
**testimony** [1] - 8:19
**theft** [3] - 12:6, 13:9, 29:16
**themselves** [1] - 9:23
**therefore** [1] - 30:8
**third** [7] - 12:6, 14:6, 14:8, 20:13, 20:19, 21:23, 22:16
**Third** [1] - 1:18
**thorough** [1] - 26:5
**threatened** [1] - 27:19
**threats** [1] - 30:5
**throughout** [1] - 18:18
**throwing** [1] - 21:7
**Tim** [1] - 2:8
**TIMOTHY** [1] - 1:14
**today** [16] - 3:5, 3:15, 4:5, 4:11, 5:5, 5:15, 6:8, 6:22, 6:24, 8:21, 9:13, 10:2, 17:14, 17:21, 26:4, 30:21
**together** [1] - 26:11
**Transcribed** [1] - 1:20
**TRANSCRIBED** [1] - 1:1
**transcript** [3] - 2:1, 31:12, 31:21
**TRANSCRIPT** [1] - 1:7
**travel** [1] - 9:9
**trial** [13] - 6:24, 7:5, 7:7, 7:16, 7:21, 7:25, 8:3, 8:8, 8:14, 9:3, 9:17, 10:2, 10:4
**true** [11] - 10:22, 11:11, 11:14, 11:23, 12:9, 13:18, 14:3, 14:11, 14:20, 15:7, 18:16
**truthfully** [1] - 4:4
**try** [1] - 7:20
**turn** [3] - 13:8, 16:6,

18:4
**twice** [3] - 10:20, 22:14, 22:15
**two** [4] - 6:15, 21:5, 21:8, 21:14
**two-year** [1] - 21:5
**type** [1] - 5:20
**typed** [1] - 16:9

## U

**U.S** [2] - 24:11, 24:12
**ultimate** [1] - 23:23
**ultimately** [2] - 23:13, 27:15
**unanimous** [1] - 7:22
**under** [4] - 3:16, 3:21, 7:19, 22:24
**understood** [4] - 16:21, 18:24, 28:14, 28:20
**unhappy** [1] - 27:14
**unhealthy** [1] - 5:10
**Union** [9] - 2:14, 10:13, 11:2, 12:5, 12:10, 12:20, 15:2, 15:9, 29:11
**union's** [1] - 12:22
**UNITED** [2] - 1:2, 1:4
**United** [10] - 1:10, 1:15, 2:6, 2:7, 2:8, 3:1, 3:2, 22:25, 24:24, 31:2
**up** [10] - 6:15, 6:21, 8:22, 9:13, 18:8, 20:15, 20:21, 21:25, 23:18, 24:22
**upward** [1] - 23:9

## V

**validity** [2] - 28:6, 28:10
**various** [1] - 4:25
**Vavricek** [8] - 2:9, 12:18, 15:15, 19:7, 20:25, 25:23, 28:8, 31:1
**VAVRICEK** [12] - 1:14, 12:21, 12:25, 15:18, 19:9, 19:12, 21:1, 21:4, 21:12, 26:2, 28:11, 31:3
**verdict** [4] - 7:22, 7:24, 9:24, 10:5
**versus** [1] - 2:6
**victim** [1] - 11:8
**victims** [1] - 25:21
**violate** [1] - 25:10
**violations** [1] - 25:15

**visit** [3] - 6:14, 6:16, 20:6
**voluntarily** [2] - 4:12, 30:1
**voluntary** [5] - 3:6, 27:25, 29:4, 29:6, 30:4
**vote** [1] - 24:15
**vs** [1] - 1:6

## W

**W.W** [5] - 11:3, 11:7, 11:9, 11:14, 13:25
**waived** [1] - 30:1
**walked** [1] - 12:24
**website** [1] - 12:22
**week** [1] - 28:15
**whatsoever** [2] - 6:4, 17:15
**wife** [1] - 29:6
**withdraw** [2] - 18:1, 27:13
**witnesses** [7] - 8:15, 8:16, 8:18, 8:22, 9:6, 9:8, 9:9
**word** [1] - 21:13
**worded** [1] - 21:7
**worry** [1] - 26:9
**written** [2] - 3:11, 30:16

## Y

**year** [5] - 16:11, 20:21, 21:5, 21:25, 28:16
**years** [5] - 5:9, 5:12, 20:15, 21:10, 21:14, 23:24, 24:23
**years'** [5] - 20:12, 20:18, 21:8, 21:21, 23:19