**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-cr-1020-CJW |
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| MATTHEW DAVID KEIRANS, | **MOTION TO REDACT** |
| Defendant. | **TRANSCRIPT** |

_____

Before the Court is Defendant's Unresisted Motion for Redaction of Sentencing Transcript, filed on March 4, 2025. (Doc. 72.) The Government does not resist this motion.

For reasons stated in the Motion, the motion is **granted**. The following redactions by deletion shall be made to the transcript of the Sentencing Hearing filed on February 19, 2025 at Doc. 69, reference to the victim's name at:

Page 17, line 2

Page 18, line 13

Page 26, lines 16, 19 and 21

Page 27, lines 11, 22, and 25

Page 28, lines 2, 12, 16, 19, and 22

Page 29, lines 16 and 18

Page 30, lines 7 and 17

Page 42, lines 9 and 12

Page 56, line 24

Page 57, line 13

Page 58, lines 7-10, 12, and 13

Page 59, lines 4, 6, 12, 15, 16, 19, 20, 22, and 24

Page 60, lines 5, 19, and 21

Page 61, lines 2, 4-6, 11, 13, 15, 18, and 20

Page 62, lines 15, 18, 21, and 25

Page 63, lines 3, 6, 9-12, 15, and 19

Page 64, lines 4, 6, 11, 12, 14, 15, 19, and 25

Page 65, lines 2 and 6

Page 66, lines 5, 12, and 16

Page 67, lines 11 and 12

Page 69, line 16

Page 71, lines 19 and 21

Page 94, line 22

Page 95, line 1

Index, pages 16 and 17 – redact first and last name of victim (fourth and first columns). In their place, the reporter may insert "W".

**IT IS SO ORDERED** this 5th day of March, 2025.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa